# United States Bankruptcy Court
## Western District of Texas

IN RE:                                                      Case No. **09-70033**

**Outlaw Enterprises, LLC**                                  Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 6 | $ 9,937,710.01 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 10 | | $ 8,643,456.03 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 20 | | $ 1,731,078.34 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 68 | | $ 2,840,090.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 110 | $ 9,937,710.01 | $ 13,214,624.81 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Outlaw Enterprises, LLC                                                          Case No. **09-70033**

Debtor(s)                                                                                                    (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1105 E. Kilpatrick St., Cleburne, TX | | | 0.00 | 0.00 |
| 3425 Ferguson, Carlsbad, NM | | | 0.00 | 237,082.56 |
| | | | | |
| | | | **TOTAL** | 0.00 |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC                           Case No. **09-70033**
                Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business checking account-WNB 80982875** **Bank has refused to close because of the negative balance -$239,747.69** **Checking Account-Commerical State Bank-6116248** | | 0.00 44.88 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | A/R | | 3,879,538.13 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Contingent claim against International and Credit Merchantile for return of commissions | | 1.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Ford F250XLT Flatebed Truck<br>2005 Ford F350XL Truck | | 19,000.00 |
| | | 2008 Chev 250 #7168 | | 24,000.00 |
| | | 2008 Chev 2500 #4580 | | 21,000.00 |
| | | 2008 Chev 350 #2149 | | 21,000.00 |
| | | 2008 Chev 350 #5386 | | 24,000.00 |
| | | 2008 Chrysler 300 | | 16,000.00 |
| | | 2008 Dodge Dakota VIN #W58N | | 11,000.00 |
| | | 2008 Ford F250 #1820 | | 0.00 |
| | | 2008 Ford F250 #6475 | | 0.00 |
| | | 2008 Ford F250 #8333 | | 0.00 |
| | | 2008 Ford F250 #8334 | | 0.00 |
| | | 2008 Ford F250 4X4 #1626 | | 0.00 |

IN RE Outlaw Enterprises, LLC            Case No. 09-70033
       Debtor(s)                                           (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2008 Ford F250 4X4 #1650 | | 0.00 |
| | | 2008 Ford F250 4X4 #2213 | | 0.00 |
| | | 2008 Ford F250 4X4 #4043 | | 17,000.00 |
| | | 2008 Ford F350 #6874 | | 18,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Copier-CM2520 | | 4,500.00 |
| | | Furniture List located at James Mann's house or yard in Midland-See Attached Exhibit "A" | | 25,125.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | (2) 1999 Freightliner FLD12 W/4000 gal water tanks #0263 & #0270 | | 38,000.00 |
| | | 1977 Hot Oiler #8022<br>1989 Hot Oiler #6366 | | 136,000.00 |
| | | 1981 Republic Tr #1292<br>1981 Trailmaster Tr #3415 | | 0.00 |
| | | 1989 Intl Eagle Hot Oiler #4296 | | 75,000.00 |
| | | 1990 Intl 75BBL Hot Oil Trk 35314 | | 87,000.00 |
| | | 1993 Peterbilt VIN #3646 | | 37,000.00 |
| | | 1994 Peterbuilt 377 VIN 31XPCDR8X3RD355367 | | 42,000.00 |
| | | 1994 Wilis CF9 VIN #306957 | | 0.00 |
| | | 1995 Mack RD688 34082<br>1981 Grayco #3114<br>1981 Grayco #3024 | | 62,000.00 |
| | | 1995 Mack RD688 Trk #4086<br>1987 Trailmaster 180BBL Transport Tr #3041 | | 21,000.00 |
| | | 1996 Mack CH613 Trk #7995<br>1982 Permian 130BBL Transport #2498 | | 58,500.00 |
| | | 1998 Mack CH613 #3047<br>2006 Galyean Vacuum Tr 35428<br>2004 Ford F250 Flatbed Truck | | 85,000.00 |
| | | 1999 Kenworth<br>1999 Trans FB Float Trailer VIN #4824<br>1984 Clem Dump Semi Tr. | | 124,900.00 |
| | | 1999 Lufkin End Dump VIN #1L103828X1133291<br>1 LIST SHOWS THEY OWN THEN ANOHER LIST FOR SWCC SHOWS AS COLLATERAL FOR $14,750.00 | | 18,000.00 |
| | | 1999 Volvo #1644 | | 0.00 |
| | | 2000 Freightliner #0100 w/ Gardner Denver Kill R/U | | 71,000.00 |
| | | 2000 Intl 9400 Trk #3674 | | 49,000.00 |
| | | 2000 Mack #6720<br>2001 Mack #9538<br>2001 Mack #9540<br>2001 Mack #9541<br>2001 Mack #9543 | | 200,100.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**                                                                    Case No. **09-70033**
_____                                            _____
Debtor(s)                                                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2007 Dragon Wtr Tr #2504<br>2007 Dragon Wtr Tr #2508<br>2007 Dragon Wtr Tr. #2530<br>2007 Drago Wtr tr #2534<br>2007 Dragon Wtr. Tr. #2532 | | |
| | | 2000 Mack #7019/06 Troxell CX613 Trailer | | 4,000.00 |
| | | 2000 Mack #7038/06 Troxell CX613 Trailer | | 21,000.00 |
| | | 2000 Mack #7039/06 Troxell CX613 Trailer | | 22,000.00 |
| | | 2000 Mack #7055/06 Troxell CX613 Trailer | | 23,000.00 |
| | | 2000 Mack #7056/06 Troxell CX613 Trailer | | 21,000.00 |
| | | 2000 Mack #7057/06 Troxell CX613 Trailer | | 21,000.00 |
| | | 2000 Mack CH613 #1102<br>2000 Mack CH613 #1077 | | 126,000.00 |
| | | 2000 Mack CH613 #9432 W/ Rush Manf 75BBL Hot Oil | | 0.00 |
| | | 2001 Freightliner #0372<br>2003 Witzco Challenger Tr #0265 | | 61,000.00 |
| | | 2001 JD 772CH Grader #1516<br>2002 JD 200CLC Excavator #3224<br>JD 664H Wheel loader #8674<br>Ingersoll RT708 Lift #8910<br>2006 Ranco LW21-40 Belly Dump Tr #8210<br>1981 International F4370 Hot Oil Tank Truck VIN #2989 | | 514,000.00 |
| | | 2001 Mack CH613 Truck Tractor VIN 1M1AA3Y91W121147<br>2001 Mack CH613 Truck Tractor 1M1AA13Y01W121148 | | 128,000.00 |
| | | 2001 Mack CX613 Vision Trk #0340<br>2007 XL Specialized XL102 Gooseneck Tr #6878 | | 71,150.00 |
| | | 2001 Mack RD75 75BBL Hot Oil Trk #8502 | | 0.00 |
| | | 2002 Belche T18 VIN #16JF0162851041721 | | 0.00 |
| | | 2002 International Truck VIN 31HTMMAAL32H512802 | | 21,000.00 |
| | | 2002 Mack CH613 VIN 1M1AE07Y82W011412 | | 71,000.00 |
| | | 2003 Ingersal Rand Forklift VIN #178910 (THIS IS LISTED AS SECURED BY ANB AND SWC) | | 8,500.00 |
| | | 2003 JD230 Trackhoe VIN #FF00ARJ410137 | | 0.00 |
| | | 2003 Legend Flatbed Trailer VIN #5D3BG362X3E101729 | | 7,000.00 |
| | | 2004 Big TexTrailer VIN #4717 | | 5,200.00 |
| | | 2004 JD230CX Trackhoe VIN #FF230CX603696 | | 0.00 |
| | | 2004 Mack CX613 Trk #0106<br>Troxell 500bbl Frac Tr #7208 | | 93,000.00 |
| | | 2005  Big Tex Trailer VIN #16VPX182752377284 | | 5,500.00 |
| | | 2005 Big Tex Gooseneck VIN #16VGX2422626005778 | | 3,400.00 |
| | | 2005 Big Tex Trailer VIN #16VNC122061E08174 | | 3,950.00 |
| | | 2005 Big Tex Trailer VIN #16VPC182752377284 | | 4,000.00 |
| | | 2005 Chevy 350 VIN #1GBJC34295E324409 | | 0.00 |

© 1993-2009 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE Outlaw Enterprises, LLC        Case No. **09-70033**

Debtor(s)                            (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2005 Loadtrail End Dump VIN #2330<br>2006 Performance Equip Trl VIN #5966<br>2006 Diamond C Fleetneck Equip Trl VIN #4176<br>Big Tex Sandblast VIN #3985<br>2006 Dragon Vacuum Trl VIN #7888<br>2006 Troxell 130BBL Vacuum Trl VIN #7885<br>1973 Dovetail Lowboy 30' VIN #0104<br>2006 Big Tex Trailer VIN #6997<br>2006 Loadmax Equip Trl VIN #3896 | | 74,800.00 |
| | | 2005 Mack CHN613 #2121, 2005 Eagle Tr 130BBL #3255<br>2005 Mack CNH613 #3847, 2005 Eagle Tr 130BBL #6409<br>2006 Mack CNH613 #3845, 2005 Eagle Tr 130BBL #6408<br>2006 Mack CNH613 # 3844, 2005 Eagle Tr 130BBL #3282<br>2006 Mack CNH613 #3846, 2005 Eagle Tr 130BBL #4802<br>2005 Mack CNH613 #1954, 2005 Eagle Tr 130BBL #3221<br>2006 Troxell Tr 130BBL #7389, 2006 Mack CNH613 #5101<br>2006 Troxell Tr 130BBL #7400, 2005 Mack CNH613 #2543<br>2005 Troxell Tr 130BBL #7187 | | 289,000.00 |
| | | 2006 JD 200CLC Excavator #7188<br>2006 JD 240DL Excavator #5149<br>JD 770CH Grader #9633<br>2003 JD 310SG 4WD Backhoe #0962 | | 579,000.00 |
| | | 2006 JD 270DLC Excavator #3115<br>2006 Hitachi Excavator 2400DLC #0481 | | 313,000.00 |
| | | 2006 JD 310SG Backhoe | | 0.00 |
| | | 2006 JD 310SG Backhoe #5150<br>2006,JD 310 SG Backhoe #7779<br>JD 310FG Backhoe #5132<br>2005 Hitachi Z160 Excavator #6174<br>2005 John Deere 850J Dozer Crawler VI #6016 | | 279,500.00 |
| | | 2006 JD310SD Backhoe VIN T0310SG958565 | | 42,500.00 |
| | | 2006 Mack CHN613 #3294<br>2005 Troxell 130BBL #7208 | | 59,000.00 |
| | | 2006 Mack CHN613 #5938<br>2006 Troxell 130BBL #7415 | | 89,000.00 |
| | | 2006 Vermeer T755 11 Trencher VIN #0117<br>2006 Vermeer BC 1800XL Brush Chipper VIN #1257<br>Vermeer RT1250 Trencher | | 354,000.00 |
| | | 2007 Ford F650 Diamond Med Trk #7400 | | 0.00 |
| | | 2007 Ford F6500 VIN #3FRNR65R87V507401 (CLTS LIST AS SECURED BY SWC BUT NOT ON SWC LIST | | 62,000.00 |
| | | 2007 JD 310G Backhoe #960062 | | 62,500.00 |
| | | 2007 JD 310G Backhoe w/4 wheel drive VIN #T0310GX957045 | | 62,500.00 |
| | | 2007 Mack CTP713 #6244<br>2008 130BBL Eagle Vac Tr #9001 | | 99,000.00 |
| | | 2007 Monaco..this was stolen | | 475,000.00 |

IN RE Outlaw Enterprises, LLC _____ Case No. 09-70033 _____
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **2007 Troxell Trailer VIN #1T9TA432371867888** | | **21,000.00** |
| | | **Additional Equipment-See attachement to schedule B-Exhibit "B"** | | **637,500.00** |
| | | **Caterpillar D6RXL SB AAX1090** **Caterpillar D6RXL SN AAX1397** | | **1.00** |
| | | **GPS Crosscheck Units (60)** | | **19,000.00** |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **9,937,710.01** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_ _ _ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

Exhibit "A" to Schedule B
Furniture/office equipment

## Outlaw Enterprises

### Furniture List

| | | | |
|---|---|---:|---:|
| 27 | 4 Draw Black File Cabinets- 52" Tall | 25 | $675 |
| 2 | 4 Draw Black File Cabinets- 49" Tall | 25 | 50 |
| 9 | Flat screen monitors | 50 | 450 |
| 16 | Computer Towers | 250 | 4,000 |
| 1 | Brother laser printer | | 100 |
| 1 | Black leather couch | | 500 |
| 2 | Black leather chairs | 250 | 500 |
| 1 | Side/Side refrigerator | | 100 |
| 1 | HP laser color printer-3600H | | 150 |
| 1 | HP laser printer | | 100 |
| 1 | HP deskjet D4160 printer | | 50 |
| 5 | Cannon calculators | 15 | 75 |
| 1 | Vienna cherrywood Conference table 9'9" | | 1,000 |
| 1 | Berlin walnut Reception desk in cherrywood finish 8' | | 1,500 |
| 1 | Supreme cherrywood credenza 8'6" | | 500 |
| 1 | Californian Supreme 9'6" sapeli pommele wood in cherrywood finish, left reurn | | 1,375 |
| 1 | Belgium High-Back executive chair, black leather w/cherrywood arms | | 350 |
| 1 | Supreme 76 cherrywood credenza 7'2" | | 600 |
| 8 | U shape cherrywood desks w/lateral file cabinets | 1000 | 8,000 |
| 7 | Lateral 2 drawer cherrywood file cabinets | 100 | 700 |
| 1 | Leather desk chair | | 150 |
| 7 | High back desk chairs | 50 | 350 |
| 1 | Wood desk 28wx54lx30h | | 50 |
| 2 | Black leather office chairs w/cherrywood | 150 | 300 |
| 2 | APC battery backups | 25 | 50 |
| 4 | L shape desks | 100 | 400 |
| 1 | 2 drawer lateral file cabinet | 50 | 50 |
| 1 | Office telephone system w/intercom | | 2,000 |
| 6 | Keyboards | 25 | 150 |
| 1 | Oak conference table w/ 6 chairs | | 450 |
| 1 | Wood 4 drawer desk w/ tall credenza | | 250 |
| 1 | Metal 4 drawer desk | | 25 |
| 1 | Wood 4 drawer desk | | 25 |
| 1 | Coffee table | | 100 |
| | | | $25,125 |

Exhibit "B" to Schedule B
Additional Vehicles/equipment

| UNIT # | YEAR | MAKE | MODEL | MACHINE TYPE | VIN NUMBERS | LEASE/OWN | VALUE |
|---|---|---|---|---|---|---|---|
| NC169 | 2006 | INGERSOLL-RAND | AT | AIR COMPRESSOR | 5093169 | OWN | 3750 |
| NT238 | 1986 | INGERSOLL-RAND | IR250 | AIR COMPRESSOR | X050238 | OWN | 1200 |
| AC602 | 1986 | INGERSOLL-RAND | P250 | AIR COMPRESSOR | 64312539602 | OWN | 1200 |
| AC767 | 2003 | INGERSOLL-RAND | hp750wjd | AIR COMPRESSOR | 335011UBN767 | OWN | 3200 |
| AC898 | | INGERSOLL-RAND | P250 | AIR COMPRESSOR | 149898 | OWN | 1850 |
| C1268 | 2005 | CARGO CRAFT | | AIR COMPRESSOR / CARGO VAN TRAILER BLACK AND ENCLOSED | 4D6EB23245C008268 | OWN | 12000 |
| C1457 | 2007 | PACE AMERICAN | WS610SHD | PICKUP / ENCLOSED WHITE CARGO VAN TRAILER | 47ZFB10117X049457 | OWN | 9000 |
| C2255 | 2004 | DODGE | RAM 2500 | PICKUP | 3D7KU28C74G258255 | OWN | 14500 |
| D683 | 2006 | DODGE | RAM 3500 | PICKUP | 3D7MX48C36G2359683 | OWN | 24000 |
| ST007 | 2001 | RANGER | RANGER | EQUIPMENT TRAILER | 46UF12261105007 | OWN | 5200 |
| ST356 | 2006 | XCEL | | EQUIPMENT TRAILER | 1X9DG32256C014356 | OWN | 4900 |
| T721 | 2005 | BELSHE | T18 | EQUIPMENT TRAILER | 16JF016285104171721 | OWN | 4900 |
| T005 | | TD Williams | | FUSION MACHINE | 701005 | OWN | 14500 |
| T001 | | CUSTOMBUILT | | FUEL TANK DIESEL TRAILER | | OWN | 9200 |
| T328 | 2006 | KEARNEY | | FIRE WATCH TRAILER | 5LCJF101X61007328 | OWN | 10000 |
| C53R | 1980 | JOHN DEERE / WILSON TRAILER CO SIOUX CITY IOWA | 4440H | 2WD TRACTOR | 029553R | OWN | 21000 |
| G957 | 2000 | JOHN DEERE | CFD900 | SPREAD AXLE ALUMIN FLOAT | 3-06957 | OWN | 4500 |
| T003 | 2007 | BIG TEX | 22GN | EQUIPMENT TRAILER | 16VGX242972649008 | OWN | 3500 |
| T812 | | CUSTOMBUILT | | EQUIPMENT TRAILER | TR195812 | OWN | 3200 |
| H021 | 2005 | TOP HAT | 200 | JACKHAMMER | T0P200V8ZXB002021 | OWN | 2200 |
| G096 | 2001 | JOHN DEERE | 770CH | MOTOR GRADER | 707096 | OWN | 235000 |
| CT540 | | PORTABLE OFFICE | | OFFICE TRAILER | 38540 | OWN | 9500 |
| 846 | | PETERBUILT | | PETERBUILT W T210 | 1XPCDB9X3PD333646 | OWN | 34000 |
| T033 | | CUSTOMBUILT | | PIPE TRAILER | 149898 | OWN | 2500 |
| T367 | | CUSTOMBUILT | | PIPE TRAILER | OBL | OWN | 2500 |
| T637 | | CUSTOMBUILT | | PIPE TRAILER | NM181637   OBL | OWN | 2500 |
| W820 | 2004 | LANDA | | PRESSURE WASHER | P090365820 | OWN | 5200 |
| R306 | | S HOULE | WD10B | ROCK RAKE | 25306 | OWN | 3500 |
| 324 | | BRILLION | | SEEDER | | OWN | 1200 |
| 008 | | | | TRAILER | | OWN | 1000 |
| 384 | 1999 | | 40FT aluminum float | TRAILER | ITTF48207X2004824 | OWN | 4200 |
| D001 | | EATON/ CUSTOMBUILT ROCKWELL-STANDARD | D38H / 23A | DOLLY | H-3460029 / H-3470423 | OWN | 1800 |
| D002 | | SHELL CUSTOM BUILT | | STRINGING DOLLY | 138793 AXL ROCKWELL / 438272 AXL SHELL | OWN | 1200 |
| T026 | 200. | STEPHEN PNEUMATICS | | TANK TRAILER | 1S9AC15B82H4744026 | OWN | 15000 |

| Code | Year | Make | Model | Description | VIN | | Value |
|---|---|---|---|---|---|---|---|
| 91409 | 2005 | V E ENTERPRISE | | FRAC TANK TRAILER | 5AGEV42235S316409 | OWN | 22000 |
| 7802 | 2005 | V E ENTERPRISE | | TANK TRAILER | 5AJEV42265S314802 | OWN | 65000 |
| ZT024 | | BIG TEX | PORTABLE | MTD ON BIG TEX TRAILER | 16VNX122X61393024 | OWN | 5200 |
| 1268 | | | | UTILITY TRAILER | | OWN | 1250 |
| 588 | 2001 | DIAMOND | ROADCLIPPER | UTILITY TRAILER | 46UF182961101588 | OWN | 2700 |
| 1697 | | BIG TEX | | UTILITY TRAILER | 16VPX162361H12697 | OWN | 3450 |
| V402 | 1992 | VOLVO | WG64T | DUMP TRUCK | 4V1JDBRE3NR812402 | OWN | 65000 |

637,500

B6C (Official Form 6C) (12/07)

IN RE **Outlaw Enterprises, LLC**                                          Case No. **09-70033**
                    Debtor(s)                                                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**        Case No. **09-70033**
_____
Debtor(s)                                                       (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7317**<br><br>**1st Source Bank**<br>**P.O. Box 783**<br>**South Bend, IN 46624-0783** | | | **2000 Mack #6720**<br>**2001 Mack #9538**<br>**2001 Mack #9540**<br>**2001 Mack #9541**<br>**2001 Mack #9543**<br>**2007 Dragon Wtr Tr #2504** | | | | **230,682.46** | **30,582.46** |
| ACCOUNT NO. | | | **2007 Dragon Wtr Tr #2508**<br>**2007 Dragon Wtr Tr. #2530**<br>**2007 Drago Wtr tr #2534**<br>**2007 Dragon Wtr. Tr. #2532**<br>**returned check dated 1-23-09**<br><br>VALUE $     **200,100.00** | | | | | |
| ACCOUNT NO. **7440**<br><br>**1st Source Bank**<br>**P.O. Box 783**<br>**South Bend, IN 46624-0783** | | | **2004 Mack CX613 Trk #0106**<br>**2007 Troxell 500bbl Frac Tr #7208**<br><br><br>VALUE $ **93,000.00** | | | | **65,811.52** | |
| ACCOUNT NO. **7560**<br><br>**1st Source Bank**<br>**P.O. Box 783**<br>**South Bend, IN 46624-0783** | | | **2006 JD 200CLC Excavator #7188**<br>**2006 JD 240DL Excavator #5149**<br>**JD 770CH Grader #9633**<br>**2003 JD 310SG 4WD Backhoe #0962**<br><br>VALUE $ **579,000.00** | | | | **302,303.55** | |

_____**9**_____ continuation sheets attached

Subtotal
(Total of this page)   $ **598,797.53** | $ **30,582.46**

Total
(Use only on last page)   $ | $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**      Case No. **09-70033**

                  Debtor(s)                               (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4250**<br><br>**Altec Capital Services**<br>**P.O. Box 100816**<br>**Atlanta, GA 30384-0816** | | | **1988 Intl Eagle Hot Oiler #4296**<br><br><br>VALUE $ **75,000.00** | | | | **0.00** | |
| ACCOUNT NO. **4267**<br><br>**Altec Capital Services**<br>**P.O. Box 100816**<br>**Atlanta, GA 30384-0816** | | | **1977 Hot Oiler #8022**<br>**1989 Hot Oiler #6366**<br><br>VALUE $ **136,000.00** | | | | **0.00** | |
| ACCOUNT NO. **0162**<br><br>**Altec Capital Services**<br>**P.O. Box 100816**<br>**Atlanta, GA 30384-0816** | | | **2006 Mack CHN613 #5938**<br>**2006 Troxell 130BBL #7415**<br><br>VALUE $ **89,000.00** | | | | **0.00** | |
| ACCOUNT NO. **0161**<br><br>**Altec Capital Services**<br>**P.O. Box 100816**<br>**Atlanta, GA 30384-0816**<br><br>ACCOUNT NO. | | | **2005 Mack CHN613 #2121, 2005 Eagle Tr 130BBL #3255**<br>**2005 Mack CNH613 #3847, 2005 Eagle Tr 130BBL #6409**<br>**2006 Mack CNH613 #3845, 2005 Eagle Tr 130BBL #6408**<br>**2006 Mack CNH613 # 3844, 2005 Eagle Tr 130BBL #3282**<br>**2006 Mack CNH613 #3846, 2005 Eagle Tr 130BBL #4802**<br>**2005 Mack CNH613 #1954, 2005 Eagle Tr 130BBL #3221**<br>**2006 Troxell Tr 130BBL #7389, 2006 Mack CNH613 #5101**<br>**2006 Troxell Tr 130BBL #7400, 2005 Mack CNH613 #2543**<br>**2005 Troxell Tr 130BBL #71872005 Mack CHN613 #2121, 2005 Eagle Tr 130BBL #3255**<br><br><br>VALUE $     **289,000.00** | | | | **0.00** | |
| ACCOUNT NO. **0163**<br><br>**Altec Capital Services**<br>**P.O. Box 100816**<br>**Atlanta, GA 30384-0816** | | | **2006 Mack CHN613 #3294**<br>**2005 Troxell 130BBL #7208**<br><br>VALUE $ **59,000.00** | | | | **0.00** | |

Sheet no.    **1** of    **9** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                        Subtotal $
            (Total of this page) $          $

                            Total
         (Use only on last page) $          $

                               (Report also on     (If applicable, report
                               Summary of      also on Statistical
                               Schedules.)        Summary of Certain
                                             Liabilities and Related
                                             Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC                                                  Case No. 09-70033
_____
       Debtor(s)                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4251**<br><br>**Altec Capital Services LLC**<br>**P.O. Box 100816**<br>**Atlanta, GA  30384-0816** | | | **2007 Mack CTP713 #6244**<br>**2008 130BBL Eagle Vac Tr #9001**<br><br><br>VALUE $ **99,000.00** | | | | 474,456.03 | 375,456.03 |
| ACCOUNT NO. **0075,0085,0088**<br><br>**Amarillo National Bank**<br>**P.O. Box 1**<br>**Amarillo, TX  78105-8000** | | | 2006 Ranco LW21-40 Belly Dump Truck VIN #1R9BSE5025L008210<br>2003 Ingersoll-Rand Forklift VIN #178910<br>2001 John Deere 772CH Motor Grader VIN # DW772CH581516<br>2001 John Deere 644H Wheel Loader VIN # DW644HX578674<br>2002 John Deere 200C LC Hydraulic Excavator VIN #FF200CX503224<br>2001 Mack Model RD75 75BBL Hot Oil Truck VIN #1M2P267Y51MO55802<br>1981 International 75BBL Hot Oil Truck, VIN | | | 520,980.47 | |
| ACCOUNT NO. | | | #1HTD21373BG22989<br>2000 Mack Model CH613 Truck VIN #1M1AA12YXYQ129432 with Rush Manufacturing 75BBL Hot Oil Unit. S/N #RH0230 (this creditor has been added to original matrix filed on 2-9-09)<br><br>VALUE $     **522,500.00** | | | | | |
| ACCOUNT NO. **102**<br><br>**Big Mesquite**<br>**8400 Andrews Hwy.**<br>**Odessa, TX  79765** | | | **2001 Freightliner #0100 w/ Gardner Denver Kill R/U**<br>**1995 Mack RD688 #4082**<br>**1981 Grayco #3114**<br>**1981 Grayco #3024**<br>**returned check dated 1-22-09**<br><br>VALUE $ **133,000.00** | | | | 543,253.68 | 410,253.68 |
| ACCOUNT NO. **9866**<br><br>**Commerical State Bank**<br>**200 S. Main St**<br>**Andrews, TX  79714** | | | **2008 Chrysler 300 VIN #4901 (this creditor has been added)**<br><br><br>VALUE $ **16,000.00** | | | | 26,701.38 | 10,701.38 |
| ACCOUNT NO. **9919**<br><br>**Commerical State Bank**<br>**200 S. Main St.**<br>**Andrews, TX  79714** | | | **1999 Kenworth**<br>**1999 Trans FB Float Trailer VIN #4824**<br>**1984 Clem Dump Semi Tr.**<br><br>VALUE $ **124,900.00** | | | | 43,720.00 | |

Sheet no. ___**2**___ of ___**9**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          $ **1,609,111.56**  | $ **796,411.09**

Total
(Use only on last page)      $ _____  | $ _____

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC        Case No. 09-70033
_____
Debtor(s)            (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9867<br><br>**Commerical State Bank**<br>**200 S. Main**<br>**Andrews, TX 79714** | | | **2008 Dodge Dakota VIN #W58N**<br><br><br>VALUE $ **11,000.00** | | | | 21,971.08 | 10,971.08 |
| ACCOUNT NO. 9616<br><br>**Commerical State Bank**<br>**200 S.Main**<br>**Andrews, TX 79714** | | | **1993 Peterbilt VIN #3646**<br><br><br>VALUE $ **37,000.00** | | | | 14,480.59 | |
| ACCOUNT NO. 9812<br><br>**Commerical State Bank**<br>**200 S.Main**<br>**Andrews, TX 79714** | | | **2007 Monaco Executive Motorhome**<br><br><br>VALUE $ **475,000.00** | | | | 426,773.72 | |
| ACCOUNT NO.<br><br>**Credit Union Services, Inc.**<br>**C/O David A. Stephan**<br>**3304 Foxcreek Dr.**<br>**Richardson, TX 75082** | | | **2004 Ford F250XLT Flatebed Truck**<br>**2005 Ford F350XL Truck**<br>**Chalk services (this creditor has been added to the original matrix filed on 2-9-09)**<br>VALUE $ **19,000.00** | | | X | 1.00 | |
| ACCOUNT NO. 2832<br><br>**De Lage Landen**<br>**P.O. Box 41601**<br>**Philadelphia, PA 19101-1601** | | | **2006 JD 310SG Backhoe #5150, #7779, & 5132**<br>**2005 Hitachi Z160 Excavator #6174**<br>**2005 John Deere 850J Dozer Crawler VI #6016**<br>VALUE $ **279,500.00** | | | | 298,369.47 | 18,869.47 |
| ACCOUNT NO.<br><br>**Diamond H Trenching, Inc.**<br>**P.O. Box 280**<br>**Ponder, TX 76259** | | | <br><br><br>VALUE $ | | | | 192,829.50 | 192,829.50 |

Sheet no. __3__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **954,425.36** | $ **222,670.05** |
| Total<br>(Use only on last page) | $ | $ |

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**
_____   Case No. **09-70033**
Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5059,5060,5061 **First Bank Southwest** P.O. Box 32552 Amarillo, TX 79120-2552 | | | 2005 Dodge 350 Quad VIN # 307MS48C55G808659 (this vehicle has been repoed) 1996 Fontaine Haul Trailer VIN #4LF4R473XT3504577 2001 Mack CX613 VIN # 1M1AE07Y81W010340 2007 XL Gooseneck VIN #4U3JD51387L006878 <br><br>VALUE $ 71,150.00 | | | | 57,053.68 | |
| ACCOUNT NO. 2871 **First Federal Leasing** P.O. Box 1145 Richmond, IN 47375-1145 | | | 2007 JD 310G Backhoe #960062 (creditor name was misspelled when initially filed) <br><br>VALUE $ 62,500.00 | | | | 0.00 | |
| ACCOUNT NO. 8445 **First United Bank** P.O. Box 16500 Lubbock, TX 79490 | | | 1996 Mack CH613 Trk #7995 1982 Permin 130BBL Transport #2498 (this creditor has been added to original matrix filed on 2-9-09) <br><br>VALUE $ 58,500.00 | | | | 17,353.79 | |
| ACCOUNT NO. 2411 **Ford Credit** P.O. Box 650575 Dallas, TX 75265-0575 | | | 2008 Ford F350 #6874 <br><br>VALUE $ 18,000.00 | | | | 44,405.74 | 26,405.74 |
| ACCOUNT NO. 7217 **Ford Credit** P.O. Box 650575 Dallas, TX 75265-0575 | | | 2006 Ford F350 #7246 (Chalk) <br><br>VALUE $ | | | X | 0.00 | |
| ACCOUNT NO. 9003, 9002, 9001 **GE Capital** P.O. Box 802585 Chicago, IL 60680-2585 | | | 2006 Vermeer T755 11 Trencher VIN #0117 2006 Vermeer BC 1800XL Brush Chipper VIN #1257 Vermeer RT1250 Trencher <br><br>VALUE $ 354,000.00 | | | | 238,888.65 | |

Sheet no. **4** of **9** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **357,701.86** | $ **26,405.74**

Total (Use only on last page) $ | $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC     Case No. **09-70033**

     Debtor(s)                                           (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>McGinnis, Lochridge & Kilgore, LLP<br>600 Congress Ave., Ste. 2100<br>Austin, TX 78701 | | | Assignee or other notification for:<br>GE Capital<br><br>VALUE $ | | | | | |
| ACCOUNT NO. 2873, 2874, 2876<br>Herring Bank<br>C/O Randall Rouse<br>300 North Marienfeld, Ste. 700<br>Midland, TX 79701 | | | 1989 Freightliner FLD120 Water Truck VIN #1FUYDSEB2XLB00263<br>1999 Freightliner FLD120 Water Truck VIN #1FUY0SEBXXLB00270<br>1987 Trailmaster 180BBL Vacuum Trailer VIN #1T9AE15BYHE003041<br>1995 Mack C617 Truck Tractor VIN | | | | 167,614.56 | 21,614.56 |
| ACCOUNT NO. | | | #1M1P267Y7M03509<br>1990 International 9400 Hot Oil Tank Truck VIN #2HSFHGUR8LC03531<br>(this creditor has been added to the original matrix filed on 2-9-09)<br><br>VALUE $   146,000.00 | | | | | |
| ACCOUNT NO. 2864<br>Leaf Funding (Net Bank)<br>100 Executive Center Dr. Ste. 101<br>Columbia, SC 29210 | | | 2007 JD 310G Backhoe w/4 wheel drive #T0310GX957045 (Chalk) (this creditor has been added)<br><br>VALUE $ 62,500.00 | | | | 17,384.48 | |
| ACCOUNT NO. 0730,0731,0732,0733,0734,<br>Lease Acceptance Corporation<br>5300 W. Atlantic Ave. Ste. 201<br>Delray Beach, FL 33484 | | | 2000 Mack #7019/06 Troxell CX613 Trailer<br>2000 Mack #7038/06 Troxell CX613 Trailer<br>2000 Mack #7055/06 Troxell CX613 Trailer<br>2000 Mack #7057/06 Troxell CX613 Trailer<br>2000 Mack #7039/06 Troxell CX613 Trailer<br>2000 Mack #7056/06 Troxell CX613 Trailer<br><br>VALUE $ 240,000.00 | | | | 453,376.00 | 213,376.00 |
| ACCOUNT NO.<br>Leasing Associates<br>P.O. Box 243<br>Houston, TX 77001 | | | 2008 Chevrolet 3500 #5386<br>2008 Ford F250 #8333<br>2008 Ford F250 #1820<br>2008 Ford F250 #8334<br>2008 Ford F250 #6475<br>2008 Ford F250 4X4 #1650<br>2008 Ford F250 4X4 #4043 | | | | 1.00 | |

Sheet no.    **5** of     **9**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | $ **638,375.04**   $ **234,990.56** |
| Total<br>(Use only on last page) | $         $ |

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC _____ Case No. 09-70033
     Debtor(s)                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 2008 Ford F250 4X4 #1626<br>2008 Ford F250 4X4 #2213<br>2008 Chevrolet 3500 #2149<br>2008 Chevrolet 2500 #4580<br>2008 Chevrolet 2500 #7168<br><br>VALUE $   107,000.00 | | | | | |
| ACCOUNT NO.<br>Lonestar Commercial Real Estate<br>P.O. Box 14202<br>Odessa, TX  79768 | | | Lease agreement between MMM Real Estate and Chalk Services for property located at 3406 S. Rankin Hwy., Midland, TX (this creditor has been added to the original matrix filed on 2-9-09)<br><br>VALUE $ | | | | 3,300.00 | 3,300.00 |
| ACCOUNT NO. 1293<br>My Lubbock Bank<br>P.O. Box 65600-1106<br>Lubbock, TX  79464-5600 | | | 2000 International VIN 1HSCBAER7YJ073674 (this creditor has been added)<br><br>VALUE $ 49,000.00 | | | | 13,613.89 | |
| ACCOUNT NO. 2865<br>OCE Financial Services<br>P.O. Box 41601<br>Philadelphia, PA  19101-1601 | | | Copier CM2520 (Chalk) (this creditor has been added)<br><br>VALUE $ 4,500.00 | | | | 9,800.54 | 5,300.54 |
| ACCOUNT NO. 2867<br>Outsource Leasing, Inc.<br>P.O. Box 53177<br>Lubbock, TX  79453-3177 | | | 1981 Republic Tr #1292<br>1981 Trailmaster Tr #3415<br>(Chalk)<br>(this creditor has been added)<br>returned checks<br>VALUE $ | | | X | 1.00 | 1.00 |
| ACCOUNT NO. 2868<br>Outsource Leasing, Inc.<br>P.O. Box 53177<br>Lubbock, TX  79453-3177 | | | 2000 Mack CH613 #1102<br>2000 Mack CH613 #1077<br>(Chalk)<br><br>VALUE $ 126,000.00 | | | X | 1.00 | |

Sheet no. __6__ of ___9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) | $ 26,717.43 | $ 8,601.54

Total (Use only on last page) | $ | $

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC                                    Case No. 09-70033
_____                                   _____
          Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2869<br>Outsource Leasing, Inc.<br>P.O. Box 53177<br>Lubbock, TX 79453-3177 | | | 1999 Volvo #1644 (Chalk)<br><br>VALUE $ | | | X | 1.00 | 1.00 |
| ACCOUNT NO. 6093<br>Outsource Leasing, Inc.<br>P.O. Box 53177<br>Lubbock, TX 79453-3177 | | | (Chalk)<br>1992 Volvo Dump Truck<br><br>VALUE $ | | | X | 1.00 | 1.00 |
| ACCOUNT NO.<br>Ranger Equipment Co.<br>Box 54138<br>Lubbock, TX 79453 | | | Caterpillar D6RXL SB AAX1090<br>Caterpillar D6RXL SN AAX1397<br><br>VALUE $ 1.00 | | | | 36,246.27 | 36,245.27 |
| ACCOUNT NO.<br>Stephen H. Nickey<br>100 N. Stanton St., Ste. 1700<br>El Paso, TX 79901-1448 | | | Assignee or other notification for:<br>Ranger Equipment Co.<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>Saxon Mortgage Services, Inc.<br>P.O. Box 961105<br>Ft. Worth, TX 76161-0105 | | | 3425 Ferguson, Carlsbad, NM (office building and five acres)<br><br>VALUE $ | | | | 237,082.56 | 237,082.56 |
| ACCOUNT NO.<br>Southwest Commerical Capital, Inc.<br>801 N. Texas<br>Odessa, TX 79760 | | | 2006 JD310SD Backhoe VIN T0310SG958565<br>2003 Ingersal Rand Forklift VIN #178910<br>2002 International Truck VIN 31HTMMAAL32H512802<br>1994 Peterbuilt 377 VIN 31XPCDR8X3RD355367<br>2005 Big Tex Trailer VIN #16VNC122061E08174<br>2005 Big Tex Trailer VIN #16VPX182752377284<br>2003 Legend Flatbed Trailer VIN #5D3BG362X3E101729 | X | | | | | 3,806,271.10 | |

Sheet no. ____7 of ____9 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | $ 273,330.83 | $ 273,329.83 |
|---|---|---|---|
|  | Total<br>(Use only on last page) | $ | $ |

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC     Case No. **09-70033**
          Debtor(s)                   (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 1999 Lufkin End Dump VIN #1L103828X1133291<br>2002 Mack CH613 VIN 1M1AE07Y82W011412<br>2005 Loadtrail End Dump VIN #2330<br>2006 Performance Equip Trl VIN #5966<br>2006 Diamond C Fleetneck Equip Trl VIN #4176<br>Big Tex Sandblast VIN #3985<br>2006 Dragon Vacuum Trl VIN #7888<br>2006 Troxell 130BBL Vacuum Trl VIN #7885 | | | | | |
| ACCOUNT NO. | | | 2006 Big Tex Trailer VIN #6997<br>2006 Loadmax Equip Trl VIN #3896<br><br>VALUE $ **4,231,288.13** | | | | | |
| ACCOUNT NO. 0825<br>**Sunbridge Capital**<br>**6300 Nall Ave., STE. 200**<br>**Mission, KS 66202** | | | 2001 Freightliner #0372<br>2003 Witzo Challenger Tr #0265<br>(Chalk)<br>(this creditor has been added)<br>VALUE $ **61,000.00** | | | X | 0.00 | |
| ACCOUNT NO. 0569<br>**Sunbridge Capital**<br>**6300 Nall Ave., STE. 200**<br>**Mission, KS 66202** | | | 1998 Mack CH613 #3047<br>2006 Galyean Vacuum Tr #5428<br>2004 Ford F250 Flatbed Truck<br>(Chalk)<br>(this creditor has been added)<br>VALUE $ **85,000.00** | | | X | 0.00 | |
| ACCOUNT NO. 2880<br>**Town & Country Leasing**<br>**P.O. Box 329**<br>**East Peterburg, PA 17520** | | | 2007 Ford F650 Diamond Med Trk #7400<br>(Chalk) (this creditor has been added)<br><br>VALUE $ | | | X | 69,071.95 | 69,071.95 |
| ACCOUNT NO. 1603<br>**Trimble Financial Services**<br>**3893 Research Park Drive**<br>**Ann Arbor, MI 48108** | | | GPS Crosscheck units (60)<br>returned checks<br><br>VALUE $ **19,000.00** | | | | 46,088.84 | 27,088.84 |

Sheet no. ___8___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)   $ **3,921,431.89**   $ **96,160.79**

Total (Use only on last page)   $     $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC                                                    Case No. 09-70033
                        Debtor(s)                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8001<br><br>Varilease<br>P.O. Box 314<br>Highland Park, IL 60035 | | | 2006 JD 310SG Backhoe (Chalk)<br>Returned check<br><br><br>VALUE $ | | | | 55,428.24 | 55,428.24 |
| ACCOUNT NO. 2882<br><br>Wells Fargo Equipment Finance<br>733 Marquette Ave., Ste. 700<br>Minneapolis, MN 55402 | | | 2006 JD 270DLC Excavator #3115<br>2006 Hitachi Excavator 2400DLC #0481<br>returned check<br><br>VALUE $ 313,000.00 | | | | 208,135.29 | |
| ACCOUNT NO. 9001<br><br>Wells Fargo Equipment Finance<br>P.O. Box 1450<br>Minneapolis, MN 55465-0718 | | | 2004 Ford F250 4X4 VIN ending 6459<br>2000 Ford F350 VIN ending 8421<br>2004 Ford F350 VIN ending 2603<br>2005 Ranger VIN ending 8565<br>2005 Ford F250 VIN ending 6122<br>(this creditor has been added to the original matrix filed on 2-9-09)<br>VALUE $ | | | | 1.00 | 1.00 |
| ACCOUNT NO.<br><br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br><br>VALUE $ | | | | | | | | |

Sheet no. __9__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ 263,564.53  |  $ 55,429.24

Total (Use only on last page) $ 8,643,456.03  |  $ 1,744,581.30

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC** _____ Case No. **09-70033**
_____Debtor(s)_____ (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___ **19** continuation sheets attached

IN RE Outlaw Enterprises, LLC         Case No. 09-70033
Debtor(s)        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> A.G. Allen, III <br> P.O. Box 201 <br> Big Lake, TX 76932 | | | wages (this creditor has been added) | | | | 730.06 | 730.06 | |
| ACCOUNT NO. <br> Aaron E. Lumpkin <br> P.O. Box 277 <br> Oiltrough, AR 72564 | | | wages (this creditor has been added) | | | | 1,280.51 | 1,280.51 | |
| ACCOUNT NO. <br> Alva J Foy <br> 3600 W. Loop 250 N. Apt 1041 <br> Midland, TX 79707 | | | wages (this creditor has been added) | | | | 1,332.00 | 1,332.00 | |
| ACCOUNT NO. <br> Amber Branscum <br> 40 Hideout Rd <br> Pleasant Plains, AR 72568 | | | wages (this creditor has been added) | | | | 416.00 | 416.00 | |
| ACCOUNT NO. <br> Arlie Jordan <br> 316 W. Ave B <br> Lovington, NM 88260 | | | wages (this creditor has been added) <br> returned check | | | | 480.00 | 480.00 | |
| ACCOUNT NO. <br> Austreberto H. Tavarez <br> 7745 W. 24th <br> Odessa, TX 79764 | | | wages (this creditor has been added) | | | | 1,593.91 | 1,593.91 | |

Sheet no. __1__ of __19__ continuation sheets attached to     Subtotal
Schedule of Creditors Holding Unsecured Priority Claims     (Totals of this page)    $ 5,832.48 | $ 5,832.48 | $

                       Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

                       Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**                                           Case No. **09-70033**
_____                              _____
              Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Benjamin D. Porras**<br>**6505 N. Cypress Ave.**<br>**Odessa, TX 79764** | | | wages (this creditor has been added) | | | | 937.50 | 937.50 | |
| ACCOUNT NO.<br>**Benjamin U Porras**<br>**6505 N. Cypress**<br>**Odessa, TX 79764** | | | wages (this creditor has been added) | | | | 937.50 | 937.50 | |
| ACCOUNT NO.<br>**Bobby Cruz**<br>**2402 Utah St**<br>**Carlsbad, NM 88220** | | | wages (this creditor has been added) | | | | 1,008.00 | 1,008.00 | |
| ACCOUNT NO.<br>**Bradley Ross**<br>**1709 E. 52nd**<br>**Odessa, TX 79762** | | | wages (this creditor has been added to the matrix) | | | | 655.00 | 655.00 | |
| ACCOUNT NO.<br>**Brandon M Morgan**<br>**6404 Carnation**<br>**Midland, TX 79707** | | | wages (this creditor has been added) | | | | 382.94 | 382.94 | |
| ACCOUNT NO.<br>**Brent Smallwood**<br>**1794 Galloway Rd**<br>**Newark, AR 72562** | | | wages (this creditor has been added to the matrix) | | | | 948.00 | 948.00 | |

Sheet no. ___**2**___ of ___**19**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Totals of this page) | $ 4,868.94 | $ 4,868.94 | $ |
|---|---|---|---|---|
| (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | Total | $ | | |
| (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | Total | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Outlaw Enterprises, LLC</u> _____   Case No. <u>09-70033</u>
                          Debtor(s)                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Brian Enriquez<br>1408 W. Polk<br>Lovington, NM  88260 | | | wages (this creditor has been added) | | | | 480.00 | 480.00 | |
| ACCOUNT NO.<br>Carl Robertson<br>P.O. Box 614<br>Bradford, AR  72020 | | | wages (this creditor has been added) | | | | 126.00 | 126.00 | |
| ACCOUNT NO.<br>Cathy Holley<br>255 Romance Rd<br>Romance, AR  72136 | | | wages (this creditor has been added) | | | | 154.00 | 154.00 | |
| ACCOUNT NO.<br>Cesar Aguilar<br>Big Valley Circle #21<br>Odessa, TX  79763 | | | Wages (this creditor has been added to the matrix) | | | | 1,501.38 | 1,501.38 | |
| ACCOUNT NO.<br>Charles V. James<br>2458 Junius<br>San Angelo, TX  76901 | | | wages (this creditor has been added) | | | | 743.48 | 743.48 | |
| ACCOUNT NO.<br>Christoper Zaffiro<br>P.O. Box 102<br>Griffithville, AR  72060 | | | wages (this creditor has been added)<br>returned check dated 1-30-09 | | | | 1,557.29 | 1,557.29 | |

Sheet no. ___3___ of ___19___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **4,562.15**  $ **4,562.15**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $           .  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC** _____  Case No. **09-70033** _____
                                 Debtor(s)                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**David C Garza**<br>**3425 Ferguson Rd**<br>**Carlsbad, NM  88220** | | | wages (this creditor has been added) | | | | 314.00 | 314.00 | |
| ACCOUNT NO.<br>**David M. Mata**<br>**4211 S. Hwy. 349**<br>**Midland, TX  79706** | | | wages (this creditor has been added) | | | | 1,354.17 | 1,354.17 | |
| ACCOUNT NO.<br>**Doyle L Hail**<br>**2809 Madera Ave.**<br>**Odessa, TX  79764** | | | wages (this creditor has been added) | | | | 872.88 | 872.88 | |
| ACCOUNT NO.<br>**Eber Soto**<br>**10813 Frankie Line**<br>**Dumas, TX  79029** | | | Wages (this creditor has been added) | | | | 2,172.59 | 2,172.59 | |
| ACCOUNT NO.<br>**Edgar Enriquez**<br>**1408 W.Polk**<br>**Lovington, NM  88260** | | | wages (this creditor has been added) | | | | 480.00 | 480.00 | |
| ACCOUNT NO.<br>**Ernest Almance**<br>**6901 W. 17th**<br>**Odessa, TX  79763** | | | Wages (this creditor has been added to the matrix) | | | | 1,085.00 | 1,085.00 | |

Sheet no. ____ **4** of ____ **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **6,278.64** $ **6,278.64** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $        $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC                                                    Case No. 09-70033
_____                                              _____
                    Debtor(s)                                                            (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ewinva D Hail<br>2950 Pleasant Ave. Apt. #130<br>Midland, TX 79764 | | | wages (this creditor has been added) | | | | 872.88 | 872.88 | |
| ACCOUNT NO.<br>Felipe Lozoya<br>1720 S. Atlanta<br>Midland, TX 79701 | | | wages (this creditor has been added) | | | | 336.00 | 336.00 | |
| ACCOUNT NO.<br>Felix Morris Sanchez<br>P.O. Box 185<br>Big Lake, TX 76932 | | | wages (this creditor has been added) | | | | 1,776.92 | 1,776.92 | |
| ACCOUNT NO.<br>Gary Clark<br>9195 White Drive<br>Cord, AR 72524 | | | wages (this creditor has been added) | | | | 388.56 | 388.56 | |
| ACCOUNT NO.<br>Gerardo Rodriguez<br>2607 N. Washington<br>Midland, TX 79701 | | | wages (this creditor has been added) | | | | 370.00 | 370.00 | |
| ACCOUNT NO.<br>Gorson Smith<br>1302 Hwy 33n<br>Augusta, AR 72006 | | | wages (this creditor has been added) | | | | 711.00 | 711.00 | |

Sheet no. ___5___ of ___19___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)                                        $ 4,455.36   $ 4,455.36   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)                             $                $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC _____ Case No. **09-70033**
                         Debtor(s)                                                 (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Guadalupe Loya**<br>**424 W. Oak**<br>**Lovington, NM 88260** | | | **wages (this creditor has been added)** | | | | 630.00 | 630.00 | |
| ACCOUNT NO.<br>**Guadalupe Torrez**<br>**124 McArthur**<br>**Carlsbad, NM 88220** | | | **wages (this creditor has been added)** | | | | 630.00 | 630.00 | |
| ACCOUNT NO.<br>**Gustavo Hinojos**<br>**3216 Franklin**<br>**Midland, TX 79703** | | | **wages (this creditor has been added)** | | | | 180.00 | 180.00 | |
| ACCOUNT NO.<br>**Ismael D. Porras**<br>**1301 N. Harless Apt #815**<br>**Odessa, TX 79763** | | | **wages (this creditor has been added)**<br>**returned check** | | | | 1,869.88 | 1,869.88 | |
| ACCOUNT NO.<br>**Ismael Garcia**<br>**1406 Del Mar Dr**<br>**Victoria, TX 77901** | | | **wages (this creditor has been added)** | | | | 808.75 | 808.75 | |
| ACCOUNT NO.<br>**Ismael Tapia**<br>**701 W. Ave F**<br>**Lovington, NM 88260** | | | **wages (this creditor has been added)** | | | | 812.36 | 812.36 | |

Sheet no. _____**6** of _____**19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **4,930.99** | $ **4,930.99** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**     Case No. **09-70033**

       Debtor(s)                 (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Israel D. Porras <br> 4136 E. 52nd St. Apt.#206 <br> Odessa, TX 79762 | | | wages (this creditor has been added) | | | | 772.50 | 772.50 | |
| ACCOUNT NO. <br> Ivis Hildago <br> 4709 Comanche Dr <br> Midland, TX 79703 | | | wages (this creditor has been added) <br> returned check dated 1-30-09 | | | | 560.00 | 560.00 | |
| ACCOUNT NO. <br> Jason McGlothlin <br> 506 Hurricane Lake Rd <br> Bald Knob, AR 72010 | | | wages (this creditor has been added) <br> returned check | | | | 445.59 | 445.59 | |
| ACCOUNT NO. <br> Javier Juarez <br> P.O. Box 1483 <br> Stanton, TX 79782 | | | wages (this creditor has been added) | | | | 691.00 | 691.00 | |
| ACCOUNT NO. <br> Jesus Enriquez, Sr. <br> 1408 W. Polk <br> Lovington, NM 88260 | | | wages (this creditor has been added) | | | | 1,680.00 | 1,680.00 | |
| ACCOUNT NO. <br> Jesus H. Esquivel <br> 96 West 5th St. <br> Big Lake, TX 76932 | | | wages (this creditor has been added) | | | | 549.25 | 549.25 | |

Sheet no. _____**7** of _____**19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Totals of this page) | $ 4,698.34 | $ 4,698.34 | $ |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**          Case No. **09-70033**

               Debtor(s)                                         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jesus M. Enriquez**<br>**1408 Polk**<br>**Lovington, NM 88260** | | | wages (this creditor has been added) | | | | **2,130.00** | **2,130.00** | |
| ACCOUNT NO.<br>**Joe Torress**<br>**502 S. Avenue H**<br>**Lamesa, TX 79331** | | | wages (this creditor has been added)<br>returned check | | | | **601.51** | **601.51** | |
| ACCOUNT NO.<br>**Joel Zubia**<br>**4416 N. Knox**<br>**Odessa, TX 79764** | | | wages (this creditor has been added) | | | | **880.00** | **880.00** | |
| ACCOUNT NO.<br>**John T Davison**<br>**2972 Beechwood**<br>**Odessa, TX 79761** | | | wages (this creditor has been added) | | | | **643.00** | **643.00** | |
| ACCOUNT NO.<br>**Jose Munoz**<br>**310 E. Mississippi**<br>**Midland, TX 79701** | | | wages (this creditor has been added) | | | | **352.00** | **352.00** | |
| ACCOUNT NO.<br>**Jose N. Valdez**<br>**2824 N. Uranus**<br>**Odessa, TX 79763** | | | wages (this creditor has been added) | | | | **3,409.50** | **3,409.50** | |

Sheet no. __**8**__ of __**19**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)    $ **8,016.01** | $ **8,016.01** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC _____   Case No. **09-70033**
                        Debtor(s)                                                     (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Joseph J Comer<br>P.O. Box 508<br>Kensett, AR 72082 | | | wages (this creditor has been added)<br>returned check dated 1-30-09 | | | | 448.78 | 448.78 | |
| ACCOUNT NO.<br>Juan J. Aldana<br>1415 S. Broughton<br>Odessa, TX 79761 | | | wages (this creditor has been added) | | | | 1,951.38 | 1,951.38 | |
| ACCOUNT NO.<br>Juan M Rivas<br>702 N. Avenue<br>Carlsbad, NM 88220 | | | wages (this creditor has been added) | | | | 945.00 | 945.00 | |
| ACCOUNT NO.<br>Juan M. Molinar<br>1002 N. Lorraine<br>Midland, TX 79701 | | | wages (this creditor has been added) | | | | 200.00 | 200.00 | |
| ACCOUNT NO.<br>Juan N. Rodriguez<br>424 W. Oak<br>Lovington, NM 88260 | | | wages (this creditor has been added)<br>returned check | | | | 1,224.75 | 1,224.75 | |
| ACCOUNT NO.<br>Juan Veloz<br>1011 E. 6th St.<br>Big Lake, TX 76932 | | | wages (this creditor has been added) | | | | 1,954.59 | 1,954.59 | |

Sheet no. **9** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page.) $ **6,724.50** $ **6,724.50** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $      $

IN RE Outlaw Enterprises, LLC _____   Case No. 09-70033
   Debtor(s)                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Julian M. Almance<br>1919 N. Terrance<br>Odessa, TX 79763 | | | wages (this creditor has been added) | | | | 1,107.38 | 1,107.38 | |
| ACCOUNT NO.<br>Kellen D Thompson<br>3900 Midland Dr.<br>Big Lake, TX 76932 | | | wages (this creditor has been added) | | | | 580.23 | 580.23 | |
| ACCOUNT NO.<br>Kristie S. McSpadden<br>P.O. Box 251<br>Bradford, AR 72020 | | | wages (this creditor has been added)<br>returned check dated 1-30-09 | | | | 250.21 | 250.21 | |
| ACCOUNT NO.<br>Larry Hernandez<br>222 South 3rd<br>Lovington, NM 88260 | | | wages (this creditor has been added) | | | | 1,600.00 | 1,600.00 | |
| ACCOUNT NO.<br>Larry Sarrels<br>3233 Jackson 197<br>Bradford, AR 72020 | | | wages (this creditor has been added to the matrix) | | | | 1,440.00 | 1,440.00 | |
| ACCOUNT NO.<br>Luis A. Siller<br>509 South Texas<br>Big Lake, TX 76932 | | | wages (this creditor has been added to the matrix) | | | | 947.75 | 947.75 | |

Sheet no. __10__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **5,925.57** | $ **5,925.57** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Outlaw Enterprises, LLC**           Case No. **09-70033**
_____
Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Martin Arevalo**<br>**1603 Carter**<br>**Midland, TX 79701** | | | wages (this creditor has been added) | | | | 461.50 | 461.50 | |
| ACCOUNT NO.<br>**Michael Batson**<br>**1945 N. Hill**<br>**Newark, AR 72562** | | | wages (this creditor has been added) | | | | 1,304.50 | 1,304.50 | |
| ACCOUNT NO.<br>**Michael Eppes**<br>**1000 Hwy 137 Lot #4**<br>**Big Lake, TX 76932** | | | wages (this creditor has been added) | | | | 820.66 | 820.66 | |
| ACCOUNT NO.<br>**Oscar Cummins**<br>**4644 Why 87**<br>**Bradford, AR 72020** | | | wages (this creditor has been added) | | | | 2,309.89 | 2,309.89 | |
| ACCOUNT NO.<br>**Paul D. Needham**<br>**831 Goatneck Rd**<br>**Bradford, AR 72020** | | | wages (this creditor has been added) | | | | 903.00 | 903.00 | |
| ACCOUNT NO.<br>**Paul Needham**<br>**283 Hardwood Dr**<br>**Bradford, AR 72020** | | | wages (this creditor has been added) | | | | 1,137.50 | 1,137.50 | |

Sheet no. __**11**__ of __**19**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $ **6,937.05** | $ **6,937.05** | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC _____ Case No. **09-70033** _____
Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Pedro Jaramillo, Jr.** <br> **P.O. Box 862** <br> **Goshen, CA 93227** | | | wages (this creditor has been added) | | | | **400.00** | **400.00** | |
| ACCOUNT NO. <br> **Rafael V. Tavarez** <br> **2408 W. 4th St.** <br> **Odessa, TX 79763** | | | wages (this creditor has been added) | | | | **640.00** | **640.00** | |
| ACCOUNT NO. <br> **Ramon G. Lujan, Jr.** <br> **2940 S. Amistad** <br> **Odessa, TX 79766** | | | wages (this creditor has been added) | | | | **1,470.88** | **1,470.88** | |
| ACCOUNT NO. <br> **Ramon Pillado** <br> **506 W. Tyler St.** <br> **Lovington, NM 88260** | | | wages (this creditor has been added) | | | | **660.00** | **660.00** | |
| ACCOUNT NO. <br> **Rene C. Leyva** <br> **21 Big Valley Circle** <br> **Odessa, TX 79763** | | | wages (this creditor has been added) | | | | **1,470.88** | **1,470.88** | |
| ACCOUNT NO. <br> **Rene H. Perez** <br> **505 S. Mississippi** <br> **Big Lake, TX 76932** | | | wages (this creditor has been added) | | | | **355.50** | **355.50** | |

Sheet no. **12** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **4,997.26** $ **4,997.26** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  Outlaw Enterprises, LLC _____    Case No. __09-70033__
                        Debtor(s)                                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Retta M Saldana** <br> **4404 Spencer St.** <br> **Carlsbad, NM 88220** | | | wages (this creditor has been added to the matrix) | | | | 315.00 | 315.00 | |
| ACCOUNT NO. <br><br> **Richard Larkin, Jr.** <br> **404 E. Idaho St. Apt. M** <br> **Beebe, AR 72012** | | | wages (this creditor has been added) | | | | 700.55 | 700.55 | |
| ACCOUNT NO. <br><br> **Robert F. Carpenter** <br> **979 N. Locust St.** <br> **Newark, AR 72562** | | | wages(this creditor has been added) | | | | 2,708.33 | 2,708.33 | |
| ACCOUNT NO. <br><br> **Robert Love** <br> **P.O. Box 1123** <br> **Wolforth, TX 79382** | | | wages (this creditor has been added) | | | | 1,152.00 | 1,152.00 | |
| ACCOUNT NO. <br><br> **Rogelio F. Enriquez** <br> **P.O. Box 1132** <br> **Midland, TX 79702** | | | wages (this creditor has been added) | | | | 1,570.84 | 1,570.84 | |
| ACCOUNT NO. <br><br> **Ronald Banks** <br> **701 Market Apt. 8** <br> **Searcy, AR 72143** | | | wages (this creditor has been added) returned check | | | | 395.98 | 395.98 | |

Sheet no. ___**13**___ of ___**19**___ continuation sheets attached to           Subtotal
Schedule of Creditors Holding Unsecured Priority Claims       (Totals of this page)    $ **6,842.70** | $ **6,842.70** | $

                                       Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

                                       Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)        $       $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**      Case No. **09-70033**

Debtor(s)        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Roy Washington**<br>**209 S. Mississippi**<br>**Big Lake, TX 76932** | | | wages (this creditor has been added) | | | | 684.89 | 684.89 | |
| ACCOUNT NO.<br>**Ryan C Cantrell**<br>**5101 Tierra Bonita Rd**<br>**Carlsbad, NM 88220** | | | wages (this creditor has been added) | | | | 508.75 | 508.75 | |
| ACCOUNT NO.<br>**Santos Macias**<br>**2613 N.Midland Dr. #513**<br>**Midland, TX 79707** | | | wages (this creditor has been added) | | | | 209.64 | 209.64 | |
| ACCOUNT NO.<br>**Spencer Gates**<br>**70 Crowe Lane**<br>**Sulphor, AR 72578** | | | wages (this creditor has been added)<br>returned check dated 1-30-09 | | | | 356.04 | 356.04 | |
| ACCOUNT NO.<br>**Steve Norman**<br>**P.O. Box 202**<br>**Des Arc, AR 72040** | | | wages (this creditor has been added)<br>returned check dated 1-30-09 | | | | 782.08 | 782.08 | |
| ACCOUNT NO.<br>**Steven Masters**<br>**1008 North 12**<br>**Augusta, AR 72006** | | | wages (this creditor has been added)<br>returned check | | | | 465.03 | 465.03 | |

Sheet no. **14** of **19** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **3,006.43** $ **3,006.43** $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

IN RE Outlaw Enterprises, LLC                                   Case No. 09-70033
_____Debtor(s)_____                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1350** Texas Workforce Commission P.O. Box 149363 Austin, TX 78714-9363 | | | wage claim for former employee Daniel Deleon, Jr. (this creditor has been added to the matrix filed on 2-9-09) | | | | 516.00 | 516.00 | |
| ACCOUNT NO. Texas Workforce Commission Labor Law Dept. 101 East 15th St. Austin, TX 78778-0001 | | | Assignee or other notification for: Texas Workforce Commission | | | | | | |
| ACCOUNT NO. **4791** Texas Workforce Commission P.O. Box 149363 Austin, TX 78714-9363 | | | wage claim for former employe Juan Garza (this creditor has been added to matrix filed on 2-9-09) | | | X | 860.00 | 860.00 | |
| ACCOUNT NO. Texas Workforce Commission Labor Law Division P.O. Box 684483 Austin, TX 78768-4483 | | | Assignee or other notification for: Texas Workforce Commission | | | | | | |
| ACCOUNT NO. **1457** Texas Workforce Commission P.O. Box 149363 Austin, TX 78714-9363 | | | wage claim for former employee David Deleon (this creditor has been added to the matrix filed on 2-9-09) | | | X | 1,365.75 | 1,365.75 | |
| ACCOUNT NO. Texas Workforce Commission Labor Law Payment Division P.O. Box 684483 Austin, TX 78768-4483 | | | Assignee or other notification for: Texas Workforce Commission | | | | | | |

Sheet no. **15** of **19** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ **2,741.75** $ **2,741.75** $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**          Case No. **09-70033**

         Debtor(s)          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Tomas Juarez**<br>**P.O. Box 1313**<br>**Stanton, TX 79782** | | | wages (this creditor has been added) | | | | 691.00 | 691.00 | |
| ACCOUNT NO.<br>**Valerie R Salazar**<br>**4817 Ric Dr**<br>**Midland, TX 79703** | | | wages (this creditor has been added) | | | | 262.52 | 262.52 | |
| ACCOUNT NO.<br>**Workforce Solutions Dept.**<br>**P.O. Box 2281**<br>**Albuquerque, NM 87103-2281** | | | **Employer's quarterly wages** | | | | 76.73 | 76.73 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __16__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ **1,030.25** | $ **1,030.25** $ |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $    $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC** _____ Case No. **09-70033** _____
Debtor(s)                                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Arkansas Dept Of Workforce Service**<br>**P.O. Box 8007**<br>**Little Rock, AR 72003** | | | **Taxes for Nov 2007-Feb 2009** | | | | **49,220.73** | **49,220.73** | |
| ACCOUNT NO.<br>**Comptroller Of Public Accounts**<br>**P.O. Box 149354**<br>**Austin, TX 78714-9354** | | | **Sales Taxes for 1-2009 and 2-28-09 (this creditor has been added)** | | | | **585.48** | **585.48** | |
| ACCOUNT NO.<br>**State Comptroller Of Public Accounts**<br>**Bankruptcy Section**<br>**P.O. Box 13528**<br>**Austin, TX 78711** | | | **Assignee or other notification for:**<br>**Comptroller Of Public Accounts** | | | | | | |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**IRS Insolvency Group**<br>**300 E. 8th St., Mail Stop 5026 AUS**<br>**Austin, TX 78701** | | | **940/941 taxes for 6-08, 9-08, 12-08, 3-31-09** | | | | **1,398,389.98** | **1,398,389.98** | |
| ACCOUNT NO.<br>**Attorney General Of The United States**<br>**Main Justice Bldg., Room 5111**<br>**10th And Constitution Ave., N.W.**<br>**Washington, DC 20530** | | | **Assignee or other notification for:**<br>**Internal Revenue Service** | | | | | | |
| ACCOUNT NO.<br>**United States Attorney**<br>**601 N.W. Loop 410, Ste. 600**<br>**San Antonio, TX 78216** | | | **Assignee or other notification for:**<br>**Internal Revenue Service** | | | | | | |

Sheet no. ___17___ of ___19___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Totals of this page) | $1,448,196.19 | $1,448,196.19 | $ |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC _____ Case No. __09-70033__
                       Debtor(s)                                         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**New Mexico Taxation And Revenue**<br>**P.O. Box 25128**<br>**Santa Fe, NM 87504-5128** | | | need phone number? | | | | 61,215.66 | 61,215.66 | |
| ACCOUNT NO.<br>**State Of Arkansas**<br>**P.O. Box 8007**<br>**Little Rock, AR 72203-8007** | | | (this creditor has been added to the matrix filed on 2-9-09) | | | | 10,375.74 | 10,375.74 | |
| ACCOUNT NO.<br>**Taxation And Revenue Dept.**<br>**P.O. Box 25128**<br>**Santa Fe, NM 87504-5128** | | | Gross receipts tax | | | | 68,512.34 | 68,512.34 | |
| ACCOUNT NO.<br>**Taxation And Revenue Dept.**<br>**P.O. Box 25128**<br>**Santa Fe, NM 87504-5128** | | | WC-1 for the following periods:<br>10-2008, 12-2008<br>1-09, 3-09<br>CRS-1<br>(this creditor has been added) | | | | 884.93 | 884.93 | |
| ACCOUNT NO.<br>**Texas Workforce Commission**<br>**P.O. Box 149363**<br>**Austin, TX 78714-9363** | | | | | | | 401.17 | 401.17 | |
| ACCOUNT NO.<br>**Texas Workforce Commission**<br>**P.O. Box 149037**<br>**Austin, TX 78714-9037** | | | Taxes for 1-2009 | | | | 3,644.54 | 3,644.54 | |

Sheet no. __18__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $ 145,034.38    $ 145,034.38    $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**      Case No. **09-70033**
<br>Debtor(s)     (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**U.S. Department Of Labor OSHA 1205 Texas AVe. Lubbock, TX 79401** | | | **Penalties for inspection #312386386 inspection site HWY 137, 7 miles N of Big Lake, TX (this creditor has been added to the original matrix filed on 2-9-09)** | | | | 14,000.00 | 14,000.00 | |
| ACCOUNT NO.<br>**Withholding Tax Branch P.O. Box 9941 Little Rock, AR 72003** | | | **taxes (this creditor has been added)** | | | | 41,999.35 | 41,999.35 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **19** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims
   Subtotal (Totals of this page)    $ **55,999.35** $ **55,999.35** $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **1,731,078.34**

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ **1,731,078.34** $

IN RE Outlaw Enterprises, LLC _____ Case No. __09-70033__
                              Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**1st Staffing Group USA, LTD.**<br>**4526 E. University Blvd., Ste. 2-C**<br>**Odessa, TX 79762** | | | trade debt<br>returned check | | | | 3,705.00 |
| ACCOUNT NO.<br>**2K Operating LLC**<br>**927 S E CR 3129A**<br>**Corsicana, TX 75109-0706** | | | trade debt | | | | 6,946.40 |
| ACCOUNT NO.<br>**3-K Oil & Gas Serices LLC**<br>**101 E Panther**<br>**Jal, NM** | | | trade debt (this creditor has been added) | | | | 8,405.85 |
| ACCOUNT NO.<br>**31 Water Sales**<br>**P.O. Box 637**<br>**Loving, NM 88220** | | | trade debt | | | | 1,242.00 |

__67__ continuation sheets attached

Subtotal
(Total of this page) $ 20,299.25

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC** _____   Case No. **09-70033**
_____
Debtor(s)                                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**4J Transports**<br>**1320 Jax Ave.**<br>**Midland, TX  79701** | | | trade debt | | | | 276.00 |
| ACCOUNT NO.<br>**A&F Welding**<br>**2311 W. 42nd Street**<br>**Odessa, TX  79764** | | | trade debt | | | | 213.49 |
| ACCOUNT NO.<br>**A+ Porta Kans**<br>**P.O. Box 1**<br>**Stephenville, TX  76401** | | | trade debt | | | | 930.53 |
| ACCOUNT NO.<br>**A-1 Sign Engravers, Inc.**<br>**P.O. Box 2641**<br>**Midland, TX  79702** | | | trade debt | | | | 3,023.64 |
| ACCOUNT NO.<br>**A/C Services**<br>**3916 Elderica Court**<br>**Odessa, TX  79765** | | | trade debt | | | | 162.38 |
| ACCOUNT NO.<br>**ABS Rentals**<br>**1822 N. Main**<br>**Cleburne, TX  76033** | | | trade debt | | | | 211.26 |
| ACCOUNT NO.<br>**Ace High Rentals**<br>**P. O. Box 1189**<br>**Odessa, TX  79760** | | | trade debt (the address for this creditor has changed) | | | | 8,031.51 |

Sheet no. ____**1** of ____**67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   |$   **12,848.81**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   |$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC** _____ Case No. **09-70033** ____
_____ Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ace Lock & Key, LLC**<br>**905 N. Canal**<br>**Carlsbad, NM 88220** | | | trade debt | | | | 168.50 |
| ACCOUNT NO.<br>**ADT Security Services, Inc.**<br>**P.O. Box 371956**<br>**Pittsburg, PA 15250-7956** | | | trade debt | | | | 830.15 |
| ACCOUNT NO.<br>**AICCO, Inc.**<br>**C/O Patterson, Boyd & Lowery, P.C.**<br>**2101 Louisiana**<br>**Houston, TX 77002** | | | commercial insurance guaranty (this creditor has been added to the matrix filed 2-9-09) | | | | 81,032.74 |
| ACCOUNT NO.<br>**Airgas-Southwest**<br>**910 Big Spring**<br>**Midland, TX 79701** | | | trade debt | | | | 19,723.38 |
| ACCOUNT NO.<br>**Jack R. Creel & Assoc.**<br>**P.O. Box 801083**<br>**Houston, TX 77280-1083** | | | Assignee or other notification for:<br>**Airgas-Southwest** | | | | |
| ACCOUNT NO.<br>**Al's Water Inc.**<br>**P.O. Box 80694**<br>**Midland, TX 79708** | | | trade debt | | | | 307.16 |
| ACCOUNT NO.<br>**Allied Financial Group, LLC**<br>**500 President Clinton Ave, Suite 304**<br>**Little Rock, AR 72201** | | | trade debt | | | | 1,140.11 |

Sheet no. ___**2** of ___**67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 103,202.04

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**                                                    Case No. **09-70033**
                    Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Allied North America Insurance Brokerage**<br>**110 W. Lousiana STE 150**<br>**Midland, TX 79701** | | | trade debt (this creditor has been added to the matrix filed on 2-9-09) | | | | 57,891.66 |
| ACCOUNT NO.<br>**Flat Iron Capital**<br>**P.O. Box 17600**<br>**Denver, CO 80217** | | | Assignee or other notification for:<br>**Allied North America Insurance Brokerage** | | | | |
| ACCOUNT NO.<br>**Alltel**<br>**P.O. Box 79033**<br>**Phoenix, AZ 85062-0000** | | | trade debt<br>returned check | | | | 692.11 |
| ACCOUNT NO. 2521<br>**American Bank Leasing**<br>**P.O. Box 220**<br>**Franklin, TN 37069** | | | 2007 Ford #7401 (Chalk) (vehicle has been repoed)<br>2007 Troxell #7885 (Chalk) (vehicle has been repoed)<br>2002 Mack #2496 (Chalk) (this vehicle has been repoed)<br>2002 Mack CX613 VIN #1411 (this vehicle has been repoed) | | | X | 43,722.56 |
| ACCOUNT NO.<br>**American Medical Group**<br>**2410 N Fowler, Ste B**<br>**Hobbs, NM 88240** | | | trade debt | | | | 29,444.70 |
| ACCOUNT NO.<br>**American Pest Control**<br>**P.O. Box 1235**<br>**Carlsbad, NM 88221** | | | trade debt | | | | 307.62 |
| ACCOUNT NO.<br>**American X-Ray And Inspection Services**<br>**1528 Oliver**<br>**Midland, TX 79701** | | | trade debt | | | | 767.00 |

Sheet no. ___3___ of ___67___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **132,825.65**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC _____ Case No. 09-70033
_____ Debtor(s)                                  _____
                                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **AMERIPRIDE** <br> **1901 S. Woodrow** <br> **Little Rock, AR 72204** | | | trade debt | | | | 754.52 |
| ACCOUNT NO. <br> **Arkansas Child Support Enforcement** <br> **P.O. Box 2358** <br> **Little Rock, AR 72203** | | | returned check (this creditor has been added) | | | | 38.55 |
| ACCOUNT NO. <br> **Arnulfo Aranda** <br> **3721 W 11th Street** <br> **Odessa, TX 79763** | | | trade debt | | | | 2,400.00 |
| ACCOUNT NO. <br> **ARnulfo Aranda, Jr.** <br> **10117 Palamino Drive** <br> **Odessa, TX 79764** | | | trade debt | | | | 6,975.00 |
| ACCOUNT NO. **8486, 5299, 6832** <br> **AT & T** <br> **P.O. BOX 650661** <br> **Dallas, TX 75265-0661** | | | utility services (this creditor has been added to matrix filed on 2-9-09) <br> returned check | | | | 2,168.00 |
| ACCOUNT NO. **2216** <br> **AT&T** <br> **P. O. Box 650661** <br> **Dallas, TX 75265-0661** | | | phone service | | | | 2,195.20 |
| ACCOUNT NO. <br> **Alliant Group, P.C.** <br> **2860 Zanker Rd., Ste.105** <br> **Odessa, TX 95134** | | | Assignee or other notification for: <br> **AT&T** | | | | |

Sheet no. ___4___ of ___67___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **14,531.27**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Outlaw Enterprises, LLC_____    Case No. __09-70033__
                    Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**AT&T Mobility**<br>P.O. Box 6463<br>Carol Stream, IL  60197-6463 | | | trade debt and returned check dated 1-21-09 | | | | **53,000.00** |
| ACCOUNT NO. 5504, 7475<br>**Atmos Energy**<br>P.O. Box 79073<br>Phoenix, AZ  85062-9073 | | | utility service<br>returned check | | | | **220.40** |
| ACCOUNT NO.<br>**Automated Well Control Systems, Inc.**<br>1031 Andrews Hwy., Ste.  301<br>Midland, TX  79701 | | | trade debt | | | | **948.87** |
| ACCOUNT NO.<br>**Averitt Express**<br>P.O. Box 3145<br>Cookeville, TN  38502-3145 | | | trade debt | | | | **431.24** |
| ACCOUNT NO.<br>**B & B Wrecker And Recovery Inc.**<br>2823 S Rankin Hwy.<br>Midland, TX  79706 | | | trade debt | | | | **1,867.00** |
| ACCOUNT NO.<br>**B&B Muffler & Tire**<br>402 South Main<br>Cleburne, TX  76033 | | | trade debt | | | | **301.70** |
| ACCOUNT NO.<br>**B&W Truck-Trailer & Machine Shop**<br>P.O. Box 5277<br>San Angelo, TX  76902 | | | trade debt | | | | **6,895.69** |

Sheet no. ___5___ of ___67___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **63,664.90**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC _____ Case No. 09-70033
　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **B-Line Filter & Supply Inc.** <br> **Box 4598** <br> **Odessa, TX 79760** | | | trade debt | | | | 1,858.70 |
| ACCOUNT NO. <br> **B-Line Lube** <br> **1506 W 2nd Street** <br> **Odessa, TX 79763** | | | trade debt | | | | 1,642.50 |
| ACCOUNT NO. <br> **Banister's Air Conditioning LLC** <br> **1503 W. Church** <br> **Carlsbad, NM 88220** | | | trade debt | | | | 12.28 |
| ACCOUNT NO. <br> **Bar D-D Excavating** <br> **P.O. Box 2665** <br> **Midland, TX 79702** | | | trade debt <br> this creditor has been listed to original matrix filed on 2-9-09 | | | | 3,105.00 |
| ACCOUNT NO. <br> **Barco Rent A Truck** <br> **717 South 5600 West** <br> **Salt Lake City, UT 84104** | | | Chalk | | | X | 1.00 |
| ACCOUNT NO. <br> **Basic Energy Services** <br> **P.O. Box 841903** <br> **Dallas, TX 75284-1903** | | | trade debt | | | | 10,646.83 |
| ACCOUNT NO. <br> **NACM Southwest** <br> **P.O. Box 167688** <br> **Irving, TX 75016** | | | Assignee or other notification for: <br> **Basic Energy Services** | | | | |

Sheet no. **6** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　　　　　　　(Total of this page) $ **17,266.31**

　　　　　　　　　　　　　　　　　　　　　　Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)　$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Outlaw Enterprises, LLC          Case No. 09-70033
_____
      Debtor(s)                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Basin Aviation**<br>P.O. Box 50547<br>Midland, TX 79710 | | | trade debt | | | | 46,829.81 |
| ACCOUNT NO.<br>**Bell Gas, Inc.**<br>P.O. Box 490<br>Roswell, NM 88202 | | | trade debt | | | | 537.61 |
| ACCOUNT NO.<br>**BG Services LLC**<br>705 Winchester<br>Calsbad, NM 88220 | | | trade debt | | | | 2,372.36 |
| ACCOUNT NO.<br>**Big Lake Auto Parts Inc.**<br>211 Second Street<br>Big Lake, TX 76932 | | | trade debt | | | | 230.99 |
| ACCOUNT NO.<br>**Bill Williams Tire Center**<br>P.O. Box 1772<br>Midland, TX 79702 | | | trade debt | | | | 3,250.15 |
| ACCOUNT NO.<br>**Black River Machine & Water Sales**<br>P.O. Box 1841<br>Carlsbad, NM 88221 | | | trade debt | | | | 48.06 |
| ACCOUNT NO.<br>**Blue Cross Blue Shield Of New Mexico**<br>P. O. Box 1186<br>Chicago, IL 60690-1186 | | | Insurance | | | | 40,659.47 |

Sheet no. __7__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 93,928.45

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC                                   Case No. 09-70033
_____                                     _____
             Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 028247 **Blue Cross Blue Shield Of TEXAS P.O. Box 660049 Dallas, TX 75266-0049** | | | employee health insurance returned checks | | | | 41,141.26 |
| ACCOUNT NO. **Brandi Williams 1522 Beverly St Odessa, TX 79761** | | | returned check (this creditor has been added) | | | | 269.49 |
| ACCOUNT NO. **Brockett & McNeel LLP TGAAR Tower, 24 Smith Road, Ste. 400 Midland, TX 79705** | | | trade debt | | | | 11,903.86 |
| ACCOUNT NO. **Brooks Auto Parts, Tnc. 101 Brooks Street, P.O. Box 81 Bald Knob, AR 72010** | | | trade debt | | | | 14.36 |
| ACCOUNT NO. **Bruckners Department 1265 P.O. Box 2153 Birmingham, AL 35287-1265** | | | trade debt | | | | 12,205.38 |
| ACCOUNT NO. **Buckeye Disposal, LLC P.O. Box 2724 Lubbock, TX 79408** | | | trade debt | | | | 522.00 |
| ACCOUNT NO. **Burns Welding Works P.O. Box 3121 Midland, TX 79702** | | | returned check (this creditor has been added) | | | | 75.78 |

Sheet no. __8__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 66,132.13

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC                                      Case No. 09-70033
_____                              _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Burnt Ridge Fire Department**<br>P.O. Box 717<br>Clinton, AR  72031 | | | trade debt | | | X | 2,875.00 |
| ACCOUNT NO.<br>**C & C Disposal, LLC**<br>P.O. Box 6386<br>Kingwood, TX  77325 | | | trade debt | | | | 3,412.50 |
| ACCOUNT NO.<br>**C & H Water Company**<br>1108 W.Co. Rd. 130<br>Midland, TX  79706 | | | trade debt | | | | 200.00 |
| ACCOUNT NO.<br>**C&D Energy, LLC**<br>P.O. Box 1479<br>Carlsbad, NM  88221 | | | trade debt | | | | 32,030.35 |
| ACCOUNT NO.<br>**C&M Oilfield Services, LLC**<br>P.O. Box 8703<br>Midland, TX  79707 | | | trade debt (this addresses has been changed) | | | | 4,500.00 |
| ACCOUNT NO.<br>**Callaway Safety Equipment Company, Inc.**<br>P.O. Box 2336<br>Hobbs, NM  88240 | | | trade debt | | | | 1,510.15 |
| ACCOUNT NO. 001-0320629-001<br>**Canon Financial Services, Inc.**<br>P.O. Box 4004<br>Carol Stream, IL  60197-4004 | | | Model #BIRC2880 (Chalk)<br>returned check | | | X | 985.86 |

Sheet no. __9__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 45,513.86

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Outlaw Enterprises, LLC _____ Case No. 09-70033
                       Debtor(s)                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Canon Financial Services** <br> **158 Gaither Dr.** <br> **Mt. Laurel, NJ 08054** | | | Assignee or other notification for: <br> **Canon Financial Services, Inc.** | | | | |
| ACCOUNT NO. <br> **Cap Rock Energy** <br> **P.O. Box 793** <br> **Colorado City, CO 79512** | | | returned check (this creditor has been added to the matrix filed on 2-9-09) | | | | 95.66 |
| ACCOUNT NO. <br> **Caprock Energy** <br> **P.O. Box 650726** <br> **Dallas, TX 75265-0726** | | | returned check (this creditor has been added) | | | | 65.66 |
| ACCOUNT NO. <br> **Cardinal Hardware & Lumber** <br> **P.O. Box 1077** <br> **Eunice, NM 88231** | | | trade debt | | | | 6,979.57 |
| ACCOUNT NO. <br> **Cardoza Trucking** <br> **809 North 6th** <br> **Lamesa, TX 79331** | | | trade debt | | | | 900.00 |
| ACCOUNT NO. <br> **Carlsbad Brine, LLC** <br> **P.O. Box 1479** <br> **Carlsbad, NM 88221** | | | trade debt | | | | 1,443.00 |
| ACCOUNT NO. <br> **Carlsbad Radio** <br> **P.O. Box 1538** <br> **Carlsbad, NM 88221** | | | trade debt | | | | 854.50 |

Sheet no. __10__ of __67__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 10,338.39

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] • Forms Software Only

IN RE **Outlaw Enterprises, LLC**        Case No. **09-70033**
       Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Carquest Of Carlsbad** <br> **409 South Canyon** <br> **Carlsbad, NM 88220** | | | trade debt | | | | 1,690.55 |
| ACCOUNT NO. <br> **Cavern City Disposal, LLC** <br> **P.O. Box 1479** <br> **Carlsbad, NM 88221** | | | trade debt | | | | 7,676.50 |
| ACCOUNT NO. <br> **Central Arkansas Disposal** <br> **809 Hwy 323 South** <br> **Searcy, AR 72143** | | | trade debt | | | | 62,070.00 |
| ACCOUNT NO. <br> **Ceridian** <br> **3201 34th St. South** <br> **St. Peterbsburg, FL 33712** | | | trade debt | | | | 321.00 |
| ACCOUNT NO. <br> **Certified Laboraties** <br> **P.O. Box 971269** <br> **Dallas, TX 75397-1269** | | | trade debt <br> returned check | | | | 10,395.92 |
| ACCOUNT NO. <br> **Challenger Services** <br> **4530 S. Jackson Ave** <br> **Tulsa, OK 74107** | | | Chalk | | | X | 1.00 |
| ACCOUNT NO. <br> **Ed R. Crockett** <br> **6380 A East 31st St.** <br> **Tulsa, OK 74135** | | | Assignee or other notification for: <br> **Challenger Services** | | | | |

Sheet no. **11** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **82,154.97**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Outlaw Enterprises, LLC__                                     Case No. __09-70033__

                             Debtor(s)                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Chance Properties Company** P.O. Box 1221 Kermit, TX 79745 | | | trade debt | | | | 949.00 |
| ACCOUNT NO. **Chapparral Bolt & Supply** P.O. Box 8818 Midland, TX 79708 | | | trade debt | | | | 52.76 |
| ACCOUNT NO. 3007 **Chase Auto Finance** P.O. Box 78101 Phoenix, AZ 85062-8101 | | | (Chalk) 2006 Dodge Ram 2500 VIN ending 4639 2006 Dodge Ram 2500 VIN ending 4546 2006 Dodge Ram 3500 VIN ending 6484 2006 Dodge Ram 3500 VIN ending 6843 | | | X | 1.00 |
| ACCOUNT NO. **Checks** P.O. Box 14810 Odessa, TX 79768 | | | returned checks (this creditor has been added to matrix filed on 2-9-09) | | | | 1,589.68 |
| ACCOUNT NO. **ChemSearch** P.O. Box 971269 Dallas, TX 75397-1269 | | | trade debt | | | | 3,481.52 |
| ACCOUNT NO. **Child Support Enforcement** P.O. Box 25109 Santa Fe, NM 87504 | | | returned check dated 1-30-09 & 1-23-09 (this creditor has been added) | | | | 49.98 |
| ACCOUNT NO. 2814 **Chrysler** P.O. Box 9001921 Louisville, KY 40290-1921 | | | 2006 Dodge Ram2500 Mega Cab #6027 (this vehicle has been repoed) (this creditor has been added) | | | | 0.00 |

Sheet no. __12__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
                       (Total of this page) $ **6,123.94**

                                    Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC
_____
Debtor(s)

Case No. 09-70033
_____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2815<br><br>Chrysler<br>P.O. Box 9001921<br>Louisville, KY 40290-1921 | | | 2006 Dodge Ram2500 Mega Cab #0395 (this vehicle has been repoed) | | | | 0.00 |
| ACCOUNT NO. 2816<br><br>Chrysler<br>P.O. Box 9001921<br>Louisville, KY 40290-1921 | | | 2006 Dodge #1955 (this vehicle has been repoed) | | | | 0.00 |
| ACCOUNT NO. 2817<br><br>Chrysler<br>P.O. Box 9001921<br>Louisville, KY 40290-1921 | | | 2003 Dodge Ram 2500 #7905 (vehicle has been repoed by creditor) | | | | 0.00 |
| ACCOUNT NO. 2819<br><br>Chrysler<br>P.O. Box 9001921<br>Louisville, KY 40290-1921 | | | 2006 Dodge Ram 3500 #2847 (this vehicle has been repoed) | | | | 0.00 |
| ACCOUNT NO. 2820<br><br>Chrysler<br>P.O. Box 9001921<br>Louisville, KY 40290-1921 | | | 2006 Dodge Ram 3500 #5683 (vehicle has been repoed) | | | | 0.00 |
| ACCOUNT NO. 2821<br><br>Chrysler<br>P.O. Box 9001921<br>Louisville, KY 40290-1921 | | | 2007 Dodge Ram 3500 Quad Cab #1637 (vehicle has been repoed) | | | | 0.00 |
| ACCOUNT NO. 8252<br><br>Chrysler<br>P.O. Box 9001921<br>Louisville, KY 40290-1921 | | | 2006 Dodge Ram 3500 Reg Cab #6925 (vehicle has been repoed) | | | | 0.00 |

Sheet no. __13__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**
_____
                Debtor(s)                          Case No. **09-70033**
                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8251** <br><br> **Chrysler** <br> **P.O. Box 9001921** <br> **Louisville, KY 40290-1921** | | | **2006 Dode Ram 3500 Reg Cab #3067 (this vehicle has been repoed)** | | | | 0.00 |
| ACCOUNT NO. **2824** <br><br> **Chrysler** <br> **P.O. Box 9001921** <br> **Louisville, KY 40290-1921** | | | **2005 DodgeRam Quad Cab #7620 (this vehicle has been repoed)** | | | | 0.00 |
| ACCOUNT NO. **2830** <br><br> **Chrysler** <br> **P.O. Box 9001921** <br> **Louisville, KY 40290-1921** | | | **2007 Dodge Ram 3500 Quad Cab #7100 (vehicle has been repoed)** | | | | 0.00 |
| ACCOUNT NO. **2825** <br><br> **Chrysler** <br> **P.O. Box 9001921** <br> **Louisville, KY 40290-1921** | | | **2007 Dodge Ram 1500 Mega Cab #7588 (vehicle has been repoed)** | | | | 0.00 |
| ACCOUNT NO. **2826** <br><br> **Chrysler** <br> **P.O. Box 9001921** <br> **Louisville, KY 40290-1921** | | | **2007 Dodge Ram 2500 MC4X4 #5496 (Chalk) (this vehicle has been repoed)** | | | X | 0.00 |
| ACCOUNT NO. **2818** <br><br> **Chrysler** <br> **P.O. Box 9001921** <br> **Louisville, KY 40290-1921** | | | **2006 Dodge Ram 3500 #6684 (Chalk) (this vehicle has been repoed)** | | | X | 0.00 |
| ACCOUNT NO. **2829** <br><br> **Chrysler** <br> **P.O. Box 9001921** <br> **Louisville, KY 40290-1921** | | | **F250 Super #9849 (Chalk) (vehicle has been repoed)** | | | X | 0.00 |

Sheet no. **14** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | $ |
|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC** _____   Case No. **09-70033** ____

                        Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chrysler Financial**<br>**P.O. Box 9001921**<br>**Louisville, KY 40290-1921** | | | trade debt | | | X | 1.00 |
| ACCOUNT NO. 3301<br>**City Of Kermit**<br>**110 South Tornillo St.**<br>**Kermit, TX 79745** | | | utility service (this creditor has been added to the matrix filed on 2-9-09)<br>returned check | | | | 159.96 |
| ACCOUNT NO.<br>**CJ Energy LLC**<br>**5023 Princeton Ave, Ste, 11**<br>**Midland, TX 79703** | | | trade debt | | | | 1,815.00 |
| ACCOUNT NO.<br>**Cleburne Welding**<br>**2405 N. Main**<br>**Cleburne, TX 76033** | | | trade debt | | | | 16,111.41 |
| ACCOUNT NO.<br>**Coley Wood**<br>**3402 Crestmont Dr.**<br>**Midland, TX 79707** | | | trade debt<br>(this creditor has been added to matrix filed on 2-9-09) | | | | 3,881.95 |
| ACCOUNT NO.<br>**Colors Unlimited**<br>**202 S. Mian**<br>**Carlsbad, NM 88220** | | | trade debt | | | | 538.88 |
| ACCOUNT NO.<br>**Community And Capital Solutions, LLC**<br>**P.O. Box 3490**<br>**Early, TX 76603** | | | returned check (this creditor has been added) | | | | 11,321.67 |

Sheet no. ___**15**___ of ___**67**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **33,829.87**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**                                                    Case No. **09-70033**
_____                                                   _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Comptroller Of Public Accounts** | | | (this creditor has been added) <br> **Ranger Field Services, Inc.** | | | | 1.00 |
| ACCOUNT NO. <br> **Comptroller Of Public Accounts** <br> **Revenue Accounting Division** <br> **P.O. Box 13528** <br> **Austin, TX  78778** | | | (this creditor has been added) <br> **Chalk** | | | X | 1.00 |
| ACCOUNT NO. <br> **Controlled Recovery, Inc,** <br> **P.O. Box 388** <br> **Hobbs, NM  88241-0388** | | | trade debt | | | | 110,180.02 |
| ACCOUNT NO. <br> **Costal Office Products, Inc.** <br> **P.O. Box 4407** <br> **Victoria, TX  77903** | | | Ranger Services, Inc. | | | X | 1.00 |
| ACCOUNT NO. <br> **Cougar Cleaning Equipment** <br> **P.O. Box 13985** <br> **Odessa, TX  79768-3985** | | | trade debt <br> returned check | | | | 3,851.47 |
| ACCOUNT NO. <br> **CPS Resources LLC** <br> **P.O. Box 1479** <br> **Carlsbad, NM  88221** | | | trade debt | | | | 253.50 |
| ACCOUNT NO. <br> **Crain Hot Oil & Acidizing** <br> **P.O. Box 613** <br> **Lovington, NM  88260** | | | trade debt | | | | 1,495.41 |

Sheet no. ___**16**___ of ___**67**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **115,783.40**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC** _____  Case No. **09-70033**
                Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Crews Glass And Mirror Co., Inc.** <br> **407 South Main Street** <br> **Carlsbad, NM 88220** | | | trade debt | | | | 288.21 |
| ACCOUNT NO. <br> **Crossland Water Station** <br> **4171 FM 1375** <br> **Big Lake, TX 76932** | | | trade debt | | | | 32.50 |
| ACCOUNT NO. <br> **CRS Diagnositic Service, LLC** <br> **P.O. Box 216** <br> **Andrew, TX 79714** | | | trade debt | | | | 3,140.00 |
| ACCOUNT NO. <br> **CRW-SWD Inc,** <br> **P.O. Box 986** <br> **Odessa, TX 79760** | | | trade debt | | | | 23,826.36 |
| ACCOUNT NO. <br> **Culligan Water Of West Texas** <br> **P.O. Box 60275** <br> **Midland, TX 79711-0275** | | | trade debt <br> returned check dated 1-21-09 | | | | 1.00 |
| ACCOUNT NO. <br> **CW's Backhoe Service** <br> **P.O. Box 1083** <br> **Eunice, NM 88231** | | | trade debt | | | | 1,114.87 |
| ACCOUNT NO. <br> **Daves Automotive** <br> **801 W. Interstate 20** <br> **Midland, TX 79701** | | | trade debt | | | | 3,774.74 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. ___**17**___ of ___**67**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal <br>
(Total of this page)   $ **32,177.68**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

IN RE Outlaw Enterprises, LLC _____  Case No. __09-70033__
               Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>David Mata<br>211 S. Hwy. 349<br>Midland, TX 79706 | | | trade debt | | | | 220.99 |
| ACCOUNT NO.<br>Day Boys Shop<br>P.O. Box 129<br>Mexia, TX 76667 | | | trade debt | | | | 2,336.29 |
| ACCOUNT NO.<br>Dean's, Inc.<br>409 Commerce Road<br>Artesia, NM 88210-9432 | | | trade debt | | | | 297.29 |
| ACCOUNT NO.<br>Desert Industrial X-Ray LP<br>P.O. Box 13988<br>Odessa, TX 79768 | | | trade debt | | | | 1,852.50 |
| ACCOUNT NO.<br>Desert Tanks, LLC<br>P.O. Box 351<br>Big Spring, TX 79721-0351 | | | trade debt | | | | 369.65 |
| ACCOUNT NO.<br>Diamond Tank Rental, Inc.<br>P.O. Box 4751<br>Odessa, TX 79760 | | | trade debt | | | | 1,804.80 |
| ACCOUNT NO.<br>Dickerson Machinery Rentals LLC<br>806 US HWY 90E<br>Castroville, TX 78009 | | | Ranger Services, Inc. | | | X | 1.00 |

Sheet no. __18__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 6,882.52

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC _____   Case No. __09-70033__
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 406744 **Doggett Heavy Machinery Services LTD 6812 US 59 North Victoria, TX 77905** | | | Ranger Services, Inc. | | | X | 1.00 |
| ACCOUNT NO. **Double M Box 1076 Jal, NM 88252-1076** | | | trade debt | | | | 650.00 |
| ACCOUNT NO. **Drive Train Specialist 5405 West Industrial Midland, TX 79706** | | | trade debt | | | | 11,498.51 |
| ACCOUNT NO. **DTR Unlimited P.O. Box 1901 Hurst, TX 76053** | | | | | | X | 1.00 |
| ACCOUNT NO. **Duncan Disposal-Midland P.O. Box 9001836 Louisville, KY** | | | returned check (this creditor has been added) | | | | 445.28 |
| ACCOUNT NO. **Dupuy Oxygen C/O Andy McSwain P.O. BOX 445 WACO, TX 76703-0445** | | | Lawsuit; Cause No. 2008-2381-4; Dupuy Oxygen v. Chalk Services, Inc. (this creditor has been added to the matrix filed on 2-9-09) | | | X | 1.00 |
| ACCOUNT NO. **Dustin McDonald 6509 Carnation Midland, TX 79707** | | | trade debt | | | | 508.56 |

Sheet no. __19__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,105.35**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Outlaw Enterprises, LLC     Case No. 09-70033
_____
Debtor(s)                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Dyna Systems**<br>**P.O. Box 4437**<br>**Wichita Falls, TX 76308-0437** | | | trade debt | | | | 325.80 |
| ACCOUNT NO.<br>**E.L. Farmer**<br>**P.O. Box 3512**<br>**Odessa, TX 79760** | | | trade debt | | | | 7,000.00 |
| ACCOUNT NO.<br>**Earth Works**<br>**P.O. Box 3400**<br>**Lubbock, TX 79452** | | | trade debt | | | | 7,812.50 |
| ACCOUNT NO.<br>**Eber Soto**<br>**10813 Frankie Lane**<br>**Dumas, TX 79029** | | | trade debt | | | | 126.11 |
| ACCOUNT NO.<br>**Eddy County Treasure**<br>**101 W. Greene, Suite 117**<br>**Carlsbad, NM 88220** | | | trade debt | | | | 540.30 |
| ACCOUNT NO.<br>**Elms, Faris & Company, LLP**<br>**P.O. Box 2519**<br>**Midland, TX 79702** | | | trade debt | | | | 49,090.00 |
| ACCOUNT NO.<br>**Energy Equity**<br>**P.O. Box 577**<br>**Laure, MT 59044** | | | trade debt | | | | 214.50 |

Sheet no. __20__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **65,109.21**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Outlaw Enterprises, LLC**                    Case No. **09-70033**
_____                    _____
Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Enlergy**<br>P.O. Box 8101<br>Baton Rouge, LA 76891-8101 | | | returned check (this creditor has been added) | | | | 728.73 |
| ACCOUNT NO.<br>**Excalibur Rental, Inc.**<br>P.O. Box 3941<br>Victoria, TX 77903 | | | Ranger Services, Inc. | | | X | 1.00 |
| ACCOUNT NO.<br>**EZ Pipeline Padding**<br>P.O. Box 11456<br>Odessa, TX 79760 | | | trade debt | | | | 40,000.00 |
| ACCOUNT NO.<br>**EZ Rentals & Sales Inc.**<br>P.O. Box 1531<br>Carlsbad, NM 88220 | | | trade debt | | | | 1,552.57 |
| ACCOUNT NO.<br>**F.S. Trucking, Inc.**<br>3408 S. Co. Rd. West<br>Odessa, TX 79766 | | | trade debt | | | X | 1.00 |
| ACCOUNT NO.<br>**Fastenal Ind. & Construction Supplies**<br>P.O. Box 978<br>Winona, MN 55987-0978 | | | trade debt | | | | 1,340.21 |
| ACCOUNT NO.<br>**Fayetteville Shale Land Farms, LLC**<br>809 Hwy 323 South<br>Searcy, AR 72143 | | | trade debt | | | | 17,108.50 |

Sheet no. __21__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **60,732.01**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC _____ Case No. 09-70033
                        Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **FedEx** <br> P.O. Box 660481 <br> Dallas, TX 75266-0481 | | | trade debt | | | | 2,821.13 |
| ACCOUNT NO. <br> **Felix Sanchez** <br> P.O. Box 185 <br> Big Lake, TX 76932 | | | trade debt <br> (This creditor has been added to the matrix filed on 2-9-09) | | | | 65.00 |
| ACCOUNT NO. <br> **First Power Choice** <br> P.O. Box 659603 <br> San Antonio, TX 78265-9603 | | | Chalk Services (this creditor has been added to the matrix filed on 2-9-09) <br> returned check | | | X | 1.00 |
| ACCOUNT NO. <br> **Flor Galindo** <br> 3211 E Co Road 136 <br> Midland, TX 79706 | | | trade debt | | | | 450.00 |
| ACCOUNT NO. 0274 <br> **Ford Credit** <br> P.O. Box 650575 <br> Dallas, TX 75265-0575 | | | 2006 Ford F350 #7900 (Chalk) (vehicle has been repoed) | | | X | 0.00 |
| ACCOUNT NO. 9141 <br> **Ford Credit** <br> P.O. Box 650575 <br> Dallas, TX 75265-0575 | | | 2006 Ford F650 #9187 (Chalk) (this vehicle has been repoed) | | | X | 0.00 |
| ACCOUNT NO. 9496 <br> **Ford Credit** <br> P.O. Box 650575 <br> Dallas, TX 75265-0575 | | | 2006 Ford F650 #6228 (Chalk) (this vehicle has been repoed) | | | X | 0.00 |

Sheet no. __22__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 3,337.13

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC _____ Case No. __09-70033__
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9613**<br>**Ford Credit**<br>**P.O. Box 650575**<br>**Dallas, TX  75265-0575** | | | **2006 Ford F650 #6229 (Chalk) (this vehicle has been repoed)** | | | X | 0.00 |
| ACCOUNT NO. **9798**<br>**Ford Credit**<br>**P.O. Box 650575**<br>**Dallas, TX  75265-0575** | | | **2006 Ford F650 #9188 (Chalk) (this vehicle has been repoed)** | | | X | 0.00 |
| ACCOUNT NO.<br>**Forest Tire Artesia**<br>**301 S First**<br>**Artesia, NM  88210** | | | **trade debt (this debt  has been paid)** | | | X | 1.00 |
| ACCOUNT NO.<br>**Forest Tire Carlsbad**<br>**414 South Canal**<br>**Carlsbad, NM  88220** | | | **trade debt (this debt has been paid)** | | | X | 1.00 |
| ACCOUNT NO.<br>**Forklift Enterprises**<br>**P.O. Box 70**<br>**Hobbs, NM  88241-0575** | | | **trade debt** | | | | 138.69 |
| ACCOUNT NO.<br>**Forrest Chevrolet Oldsmobile Cadillac**<br>**2400 N Main**<br>**Cleburne, TX  76033** | | | **trade debt** | | | | 1,953.57 |
| ACCOUNT NO.<br>**Forrest Tire Hobbs**<br>**1703 N Turner**<br>**Hobbs, NM  88240** | | | **trade debt (this debt has been paid)** | | | X | 1.00 |

Sheet no. __23__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,095.26**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC      Case No. **09-70033**
_____
Debtor(s)                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Forrest Tire Lovington**<br>**1501 S Main Street**<br>**Lovington, NM 88260** | | | trade debt (this debt has been paid) | | | X | 1.00 |
| ACCOUNT NO.<br>**Forrest Tire Odessa**<br>**2525 E. 8th Street**<br>**Odessa, TX 79760** | | | Cause No. C-126,056; Forrest Tires of Texas, Inc. vs. Outlaw (this claim is being disputed as debtor states paid in full by levy) | | | X | 1.00 |
| ACCOUNT NO.<br>**Fort Clark Springs Assoc., Inc.**<br>**P.O. Box 345**<br>**Brackettbville, TX 78835** | | | Ranger Services, Inc. | | | X | 1.00 |
| ACCOUNT NO.<br>**Francisco Chavez**<br>**801 N. Pennsylvania Ave.**<br>**Big Lake, TX 76932** | | | trade debt | | | | 768.98 |
| ACCOUNT NO.<br>**Francisco Villa**<br>**708 E. City Road 138**<br>**Midland, TX 79706** | | | trade debt<br>this creditor has been added to the matrix filed on 2-9-09) | | | | 20.00 |
| ACCOUNT NO.<br>**Franklin & Sons, Inc.**<br>**600 Lamesa Hwy.**<br>**Stanton, TX 79782** | | | trade debt | | | | 1,127.60 |
| ACCOUNT NO.<br>**Freestone County Times**<br>**401 E. Commerce Street**<br>**Fairfield, TX 75840-1603** | | | trade debt | | | | 187.00 |

Sheet no. __24__ of __67__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 2,106.58

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Outlaw Enterprises, LLC**                  Case No. **09-70033**
               Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Freestone Disposal, L. P** <br> P.O. Box 4604 <br> Palestine, TX 75802 | | | trade debt | | | | 4,784.00 |
| ACCOUNT NO. <br> **G-Neil** <br> P.O Box 451179 <br> Sunrise, FL 33345-1179 | | | trade debt | | | | 986.04 |
| ACCOUNT NO. <br> **Gandy Corporation** <br> P.O. Box 2140 <br> Lovington, NM 88260 | | | trade debt | | | | 370.39 |
| ACCOUNT NO. <br> **Gary Osborne** <br> P.O. Box 7058 <br> Corpus Christi, TX 78467 | | | Ranger Services, Inc. | | | X | 1.00 |
| ACCOUNT NO. 003-0320629-002 <br> **GE Capital - Copier** <br> P.O. Box 802585 <br> Chicago, IL 60680-2585 | | | copier (Chalk) | | | X | 1.00 |
| ACCOUNT NO. <br> **General Steel Warehouse, Inc.** <br> C/O William "Bill" P. Lane <br> P.O. Box 6170 <br> Lubbock, TX 79493-6170 | | | Chalk | | | X | 1.00 |
| ACCOUNT NO. 0357,7950,3915,0042,7120, <br> **GMAC** <br> P.O. Box 9001948 <br> Lousville, KY 40290-1948 | | | All these vehicles have been repoed (Chalk) <br> 2007 GMC Yukon VIN ending 4559 <br> 2006 Chevrolet Silverado VIN ending 5026 <br> 2004 Dodeg Crew Cab VIN ending 9410 <br> 2006 GMC Sierra VIN ending 6176 <br> 2004 Dodge VIN ending 8493 <br> 2007 GMC 3/4 Ton VIN ending 7579 <br> (this creditor has been added to original matrix filed on 2-9-09) | | | X | 1.00 |

Sheet no. \_\_\_\_**25** of \_\_\_\_**67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal
                                   (Total of this page)   $   **6,144.43**

                                               Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Outlaw Enterprises, LLC                                                        Case No. **09-70033**
_____                                                    _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Goliad Auto Parts**<br>515 N. Jefferson<br>Goliad, TX  77963 | | | Ranger Services, Inc. | | | X | 1.00 |
| ACCOUNT NO.<br>**Grando's LLC**<br>P.O. Box 158<br>Loving, NM  88256 | | | trade debt | | | | 1,533.92 |
| ACCOUNT NO.<br>**Green Tree**<br>P.O. Box 94710<br>Palatin, IL  60094-4710 | | | trade debt | | | | 276.59 |
| ACCOUNT NO.<br>**Green Tree Country Club**<br>4900 Green Tree Blvd.<br>Midland, TX  79707 | | | trade debt | | | | 4,809.37 |
| ACCOUNT NO.<br>**Gregory Rockhouse Ranch LLC**<br>1108 W Pierce Street<br>Carlsbad, NM  88220 | | | trade debt | | | | 3,457.11 |
| ACCOUNT NO.<br>**H & V Equipment Services, Inc.**<br>4402 HWY 77<br>Corpus Christi, TX  78410 | | | Ranger Services, Inc. | | | X | 1.00 |
| ACCOUNT NO.<br>**H&C Services And Supply**<br>P.O. Box 594<br>Weatherford, OK  73096 | | | trade debt | | | | 596.13 |

Sheet no. __26__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,675.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**       Case No. **09-70033**

        Debtor(s)           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Haldeman Enterprises** <br> **P.O. Box 113** <br> **Artesia, NM 88211** | | | trade debt | | | | 565.78 |
| ACCOUNT NO. <br> **Hall Machine & Welding Co., Inc.** <br> **102 West Mermod Street** <br> **Carlsbad, NM 88220** | | | trade debt | | | | 2,906.05 |
| ACCOUNT NO. <br> **Hawk Electronics** <br> **P.O. Box 961027** <br> **Fort Worth, TX 76161-0027** | | | trade debt | | | | 8,395.98 |
| ACCOUNT NO. <br> **Headwaters Resources Inc.** <br> **3045 W. 28th Street** <br> **Pine Bluff, AR 71603** | | | trade debt | | | | 8,560.73 |
| ACCOUNT NO. <br> **Heavy Duty Services** <br> **550 Amity Road** <br> **Conway, AR 72032** | | | trade debt | | | | 89.54 |
| ACCOUNT NO. <br> **Heavy Vehicle Parts** <br> **907 E. Florida** <br> **Midland, TX 79701** | | | trade debt (this creditor has been added) | | | | 60.66 |
| ACCOUNT NO. <br> **HGS Surveying Company** <br> **10 Quail Run** <br> **Midland, TX 79701** | | | trade debt | | | | 541.25 |

Sheet no. **27** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **21,119.99**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC
_____
                Debtor(s)

Case No. **09-70033**
_____
         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Hi-Line** <br> **P.O. Box 972081** <br> **Dallas, TX 75397-2081** | | | trade debt | | | | 21.93 |
| ACCOUNT NO. <br> **Holladay Heaving Hauling, LLC** <br> **P.O. Box 163** <br> **Victoria, TX 77902** | | | Ranger Field Services, Inc. (this creditor has been added) | | | X | 1.00 |
| ACCOUNT NO. <br> **Holmes Auto Supply** <br> **3301 Bankhead Highway** <br> **Midland, TX 79701** | | | trade debt | | | | 1,778.88 |
| ACCOUNT NO. <br> **HOLT CAT** <br> **P.O. Box 911975** <br> **Dallas, TX 75391-1975** | | | Ranger Services, Inc. | | | X | 1.00 |
| ACCOUNT NO. <br> **HOLT CAT** <br> **P.O. Box 911975** <br> **Dallas, TX 75391-1975** | | | fraudulent tickets for August 2008 | | | X | 1.00 |
| ACCOUNT NO. <br> **Home Depot** <br> **P.O. Box 6029** <br> **The Lakes, NV 88901-6029** | | | trade debt <br> (this creditor has been added to matrix filed on 2-9-09) | | | | 2,788.96 |
| ACCOUNT NO. <br> **Howard Hultguist** <br> **509 Debie** <br> **Victoria, TX 77905** | | | returned check dated 11-21-08 (this creditor has been added) | | | | 150.00 |

Sheet no. **28** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ **4,742.77**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**                                    Case No. **09-70033**
_____                          _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hundley Hydraulic**<br>**P.O. Box 653**<br>**Burleson, TX 76097-0653** | | | trade debt | | | | 729.39 |
| ACCOUNT NO.<br>**Padfield & Stout, L.L.P.**<br>**777 Main St. Ste. 1920**<br>**Fort Worth, TX 76102** | | | Assignee or other notification for:<br>**Hundley Hydraulic** | | | | |
| ACCOUNT NO.<br>**IBS Of SouthEastern New Mexico**<br>**P.O. Box 426**<br>**Hobba, NM 88240** | | | trade debt | | | | 885.02 |
| ACCOUNT NO.<br>**Industrial Health Services**<br>**2420 W. Pierce, Suite 103**<br>**Carlsbad, NM 88220** | | | trade debt | | | | 95.10 |
| ACCOUNT NO.<br>**Industrial Plant & Pipeline Supply, Inc.**<br>**P.O. Box 14734**<br>**Odessa, TX 79768** | | | trade debt | | | X | 3,065.99 |
| ACCOUNT NO.<br>**Inman & Bailey Dozer Service LLC**<br>**1424 Five Mile Rd**<br>**Drasco, AR 72530** | | | trade debt | | | | 2,060.00 |
| ACCOUNT NO.<br>**Instachek Of Lubbock**<br>**P.O. Box 2249**<br>**Lubbock, TX 79408-2249** | | | returned check (this creditor has been added to matrix filed on 2-9-09) | | | | 213.63 |

Sheet no. ___**29**___ of ___**67**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ **7,049.13**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>International Credit & Mercantile<br>P.O. Box 90994<br>Austin, TX 78709-0994 | | | trade debt (this creditor has been added) returned check | | | X | 1.00 |
| ACCOUNT NO.<br>Interstate Battery Of West Texas<br>P.O. Box 60264<br>Midland, TX 79711-0264 | | | trade debt | | | | 1,200.00 |
| ACCOUNT NO.<br>Interstate Battery System<br>P.O. Box 426<br>Hobbs, NM 88240 | | | trade debt | | | | 1,423.58 |
| ACCOUNT NO.<br>ISN Software Coporation<br>P.O. Box 84<br>Dallas, TX 75284-1808 | | | trade debt | | | | 2,163.92 |
| ACCOUNT NO.<br>J & P Communications<br>P.O. Box 70<br>Fort Stockton, TX 79735 | | | trade debt | | | | 1,032.92 |
| ACCOUNT NO.<br>J & R Electric<br>P.O. Box 683<br>Kermit, TX 79745 | | | trade debt | | | | 694.51 |
| ACCOUNT NO.<br>J.J. Oil & Gas Company<br>1302 Oak Drive<br>Big Lake, TX 76932 | | | trade debt | | | | 4,500.00 |

Sheet no. __30__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 11,015.93

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07)

IN RE Outlaw Enterprises, LLC                                                          Case No. 09-70033
_____                                                    _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**J.J. Oil & Gas, Inc.**<br>**1302 Oak Drive**<br>**Big Lake, TX  76932** | | | building lease (this creditor has been added) | | | | 1.00 |
| ACCOUNT NO.<br>**James Idsinga** | | | returned check dated 1-22-09(this creditor has been added) | | | | 80.00 |
| ACCOUNT NO.<br>**James Mann**<br>**6404 Carnation**<br>**Midland, TX  79707** | | | trade debt (this creditor has been added) | | | | 5,506.87 |
| ACCOUNT NO.<br>**Jared Green**<br>**2906 Francisan Dr. #1731**<br>**Arlington, TX  76015** | | | trade debt | | | | 65.13 |
| ACCOUNT NO.<br>**Jayhawk Testing Company**<br>**408 East Norris**<br>**El Campo, TX  77437** | | | Ranger Services, Inc. | | | X | 1.00 |
| ACCOUNT NO.<br>**Jeff England Motor Company**<br>**1736 N Main St.**<br>**Cleburne, TX  76033** | | | trade debt | | | | 6,360.56 |
| ACCOUNT NO.<br>**Jimmy P. England & Co.**<br>**P.O. Box 1506**<br>**Searcy, AR  72145** | | | trade debt | | | | 8,000.00 |

Sheet no. ___**31**___ of ___**67**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **20,014.56**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC      Case No. **09-70033**
_____
Debtor(s)        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jimmy P. England & Co.<br>P.O. Box 1506<br>Searcy, AR 72148 | | | building lease (this creditor has been added) | | | | 1.00 |
| ACCOUNT NO.<br>JMR Industries<br>P.O. Box 80610<br>Midland, TX 79708 | | | trade debt | | | | 22,118.28 |
| ACCOUNT NO.<br>Joey McMahan<br>1713 Harvard Ave.<br>Big Spring, TX 79720 | | | trade debt (this creditor has been added) | | | | 6,489.45 |
| ACCOUNT NO. 24AA<br>John Deere Credit<br>P.O. Box 650215<br>Dallas, TX 75265-0215 | | | 310G Wheel Loader Backhoe VIN ending 3542<br>310G Wheel Loader Backhoe VIN ending 5238<br>230GLC Excavator VIN ending 0553<br>2005 John Deere Backhoe VIN ending 0026<br>2005 John Deere Backhoe VIN ending 4780<br>2005 John Deere 310SG Loader Backhoe VIN ending 1684<br>2005 John Deere 310SG Loader Backhoe VIN ending 6323<br>2003 John Deere Backhoe VIN ending 4779 | | | | 0.00 |
| ACCOUNT NO. | | | 2001 Enlyre Equipment VIN ending 1211<br>Interstate Duet Tandom VIN ending 5778<br>2005 John Deere Skidsllr VIN ending 9468<br>2005 Hitachi VIN ending 3777<br>2006 Hitachi VIN ending 1059<br>2006 Hitachi VIN ending 0833<br>750J Crawler Dozer VIN ending 2228<br>All these have been repoed | | | | |
| ACCOUNT NO.<br>John L. Lewis Well Service, LLC<br>P.O. Box 67<br>Sasakwa, OK 74867-0067 | | | trade debt | | | | 20,020.00 |
| ACCOUNT NO.<br>John Reid Trucking<br>245 B E London Rd<br>Loving, NM 88256 | | | trade debt | | | | 15,225.00 |

Sheet no. **32** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 63,853.73

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Outlaw Enterprises, LLC                                          Case No. 09-70033
_____
              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2854<br><br>Johnny & Nella Wright<br>434 Southwoods<br>Fredericksburg, TX 78624 | | | 1105 E. Kilpatrick St., Cleburne, TX located in Johnson Co. (Chalk) (this creditor has been added) | | | X | 0.00 |
| ACCOUNT NO.<br><br>James E. Hallman<br>P.O. Box 32<br>Cleburn, TX 76033 | | | Assignee or other notification for:<br>Johnny & Nella Wright | | | | |
| ACCOUNT NO.<br><br>Johnson Co Feeders Supply<br>302 S Caddo St.<br>Cleburne, TX 76033 | | | | | | | 581.00 |
| ACCOUNT NO.<br><br>Jose Monje<br>1205 College Ave.<br>Midland, TX 79701 | | | | | | | 321.72 |
| ACCOUNT NO.<br><br>Judah Oil-SWD Systems<br>P.O. Box 568<br>Artesia, NM 88210 | | | | | | | 7,923.50 |
| ACCOUNT NO.<br><br>Justin's Collision Repair<br>P.O. Box 1491<br>Clinton, AR 79031 | | | no phone? | | | | 12,749.73 |
| ACCOUNT NO.<br><br>Kalico Equipment LLC<br>1890 N Mercury<br>Odessa, TX 79764 | | | | | | | 322.86 |

Sheet no. __33__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 21,898.81

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC** _____ Case No. **09-70033**
　　　　　　　　　　Debtor(s) 　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kams Oilfield Services**<br>**699 Sheep Shank Bend Road**<br>**Quitman, AR 72131** | | | trade debt | | | | 2,250.00 |
| ACCOUNT NO.<br>**Kathy Reeves Tax Assessor/Collector**<br>**P.O. Box 712**<br>**Midland, TX 79702** | | | taxes | | | | 915.77 |
| ACCOUNT NO. **1093**<br>**Keeton Services Inc.**<br>**P.O. Box 10673**<br>**College Station, TX 77842** | | | trade debt | | | | 804.90 |
| ACCOUNT NO.<br>**Ken's Ren-It-Center**<br>**2900 W Wall**<br>**Midland, TX 79701** | | | trade debt | | | | 207.04 |
| ACCOUNT NO.<br>**Kenny Staggs Exc.**<br>**P.O. Box 600**<br>**Pleasant Plains, AR 72568** | | | trade debt | | | | 11,993.75 |
| ACCOUNT NO.<br>**Keystone Pump & Supply**<br>**P.O. Box 1176**<br>**Kermit, TX 79745** | | | trade debt | | | | 35.07 |
| ACCOUNT NO.<br>**Killebrew Dodge**<br>**2108 Houston Hwy**<br>**Victoria, TX 77901** | | | **Ranger Services, Inc. (new address) (this creditor has been paid** | | | X | 1.00 |

Sheet no. ____**34** of ____**67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **16,207.53**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Outlaw Enterprises, LLC** _____ Case No. **09-70033** _____
             Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Kinney County Wool & Mohair**<br>**P.O. Box 1010**<br>**Brackettville, TX  78832** | | | Ranger Services, Inc. | | | X | <br><br><br><br>1.00 |
| ACCOUNT NO. <br><br>**Kwik Kar**<br>**3314 N. Loop 250 W.**<br>**Midland, TX  79707** | | | trade debt | | | | <br><br><br><br>246.27 |
| ACCOUNT NO. <br><br>**L. H. Chanev Materials Inc.**<br>**P.O. Box 1665**<br>**Roanoke, TX  76262** | | | trade debt | | | | <br><br><br><br>1,353.54 |
| ACCOUNT NO. <br><br>**Lackey Oil Field Services**<br>**P.O. Box 1101**<br>**Fort Davis, TX  79734** | | | trade debt | | | | <br><br><br><br>6,810.86 |
| ACCOUNT NO. <br><br>**Laredo Paving, Incl**<br>**P.O. Box 1029**<br>**Big Spring, TX  79721** | | | trade debt | | | | <br><br><br><br>1,717.02 |
| ACCOUNT NO. <br><br>**Leaf**<br>**P.O. Box 643172**<br>**Cinncinnati, OH  45264-3172** | | | trade debt | | | | <br><br><br><br>3,141.94 |
| ACCOUNT NO. <br><br>**Leaf Funding, Inc.**<br>**C/O Blair A. Bruce**<br>**211 Florence**<br>**Tomball, TX  77375** | | | Chalk Services (this creditor has been added to the matrix filed on 2-9-09) | | | X | <br><br><br>1.00 |

Sheet no. __**35**__ of __**67**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                    (Total of this page)   $ **13,271.63**

                                    Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC                                          Case No. 09-70033
_____
        Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lease Acceptance Corporation**<br>**5300 W. Atlantic Ave., Suite 201**<br>**Del Ray, FL  33484** | | | trade debt | | | | 182.00 |
| ACCOUNT NO.<br>**Leasing Associates**<br>**P.O. Box 243**<br>**Houston, TX  77001** | | | trade debt | | | | 15,333.28 |
| ACCOUNT NO.<br>**Lighthouse Energy Solutions**<br>**P.O. Box 8807**<br>**Midland, TX  79708-8807** | | | trade debt | | | | 1,136.63 |
| ACCOUNT NO.<br>**Linda Davis**<br>**909 W. Pierce**<br>**Carlsbad, NM  88220** | | | trade debt | | | | 1,000.00 |
| ACCOUNT NO.<br>**Lithia - All American**<br>**4100 W. Wall St.**<br>**Midland, TX  79703** | | | trade debt (this creditor has been added) | | | | 540.04 |
| ACCOUNT NO.<br>**Littlefield Oil Co.**<br>**3403 Cavanaugh Road**<br>**Fort Smith, AR  72918** | | | trade debt | | | | 44,655.94 |
| ACCOUNT NO.<br>**Lone Star Machinery**<br>**15561 Capital Port**<br>**San Antonio, TX  78249-1305** | | | trade debt | | | | 1,054.67 |

Sheet no. __36__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |$  63,902.56

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  |$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC    Case No. 09-70033
    Debtor(s)     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 133854 Lone Star Overnight P.O. Box 149225 Austin, TX 78714-9225 | | | Ranger Services, Inc. | | | X | 1.00 |
| ACCOUNT NO. Lopez & Lopez R-325 Smedley Road Carlsbad, NM 88220 | | | trade debt | | | | 58,112.21 |
| ACCOUNT NO. M&M Services P.O.Box 12 Panna Maria, TX 78144 | | | Ranger Field Services, Inc. | | | X | 1.00 |
| ACCOUNT NO. M&M Truck Center, Inc. S. Monahans Hwy. Kermit, TX 79745 | | | trade debt | | | | 38.56 |
| ACCOUNT NO. M&P Services 2408 Stutz Place Midland, TX 79705 | | | trade debt | | | | 19,842.00 |
| ACCOUNT NO. M'S Tire Service P.O. Box 1624 Brackettville, TX 78832 | | | Ranger Field Services, Inc. | | | X | 1.00 |
| ACCOUNT NO. Maclaskey Oilfield Service P.O. Box 580 Hobbs, NM 88241 | | | trade debt | | | | 643.87 |

Sheet no. 37 of 67 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 78,639.64

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE Outlaw Enterprises, LLC _____ Case No. 09-70033
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mann Farm & Ranch, Inc.<br>815 W. Industrial Blvd.<br>Cleburne, TX 76033 | | | trade debt | | | | 20.92 |
| ACCOUNT NO.<br>Maria Rivas Rodriguez<br>P.O. Box 241<br>Texico, NM 88135 | | | returned checks (this creditor has been added) | | | | 181.15 |
| ACCOUNT NO.<br>Master Power Systems<br>P.O. Box 678483<br>Dallas, TX 75267-8483 | | | trade debt | | | | 1,483.49 |
| ACCOUNT NO.<br>Mauro Zuniga<br>1322 S. Anderon<br>Odessa, TX 79761 | | | Former Employee filed lawsuit in small claims court Cause No. 8084-SC in Ector Co (this creditor has been added to the original matrix filed on 2-9-09) | | | | 2,640.00 |
| ACCOUNT NO.<br>Measurement Testing Services<br>P.O. Box 15061<br>Odessa, TX 79768-5061 | | | trade debt | | | | 7,713.92 |
| ACCOUNT NO.<br>Mebco Welding & Construction<br>P.O. Box 1044<br>Lovington, NM 88260 | | | trade debt | | | | 77,479.34 |
| ACCOUNT NO.<br>Mesquite SWD, Inc.<br>P.O. Box 1479<br>Carlsbad, NM 88221-1479 | | | trade debt | | | | 760.50 |

Sheet no. __38__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 90,279.32

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Outlaw Enterprises, LLC            Case No. 09-70033
_____
        Debtor(s)                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Michael McCormick** <br> **109 Oakland Hills** <br> **Naples, FL 34113** | | | building lease (this creditor has been added) | | | | 1.00 |
| ACCOUNT NO. <br><br> **Michel Real Estate** <br> **P.O. Box 924** <br> **Kermit, TX 79745** | | | lease on Kermit Yard | | | | 6,378.88 |
| ACCOUNT NO. <br><br> **Robert Scogin** <br> **P.O. Box 1197** <br> **Kermit, TX 79745** | | | Assignee or other notification for: **Michel Real Estate** | | | | |
| ACCOUNT NO. <br><br> **Michigan State Disbursement** <br> **P.O. Box 30350** <br> **Lansing, MI 48909-7850** | | | returned check #6144 & 6134 dated 1-30-09 (this creditor has been added) | | | | 299.60 |
| ACCOUNT NO. <br><br> **Mickey's Auto Repair** <br> **2502 Duncan** <br> **Victoria, TX 77901** | | | Ranger Field Services, Inc. | | | X | 1.00 |
| ACCOUNT NO. <br><br> **Mid-Tex Pipe & Tube Inc.** <br> **P.O. Box 50472** <br> **Midland, TX 79710** | | | trade debt | | | | 863.59 |
| ACCOUNT NO. <br><br> **Mid-West Auto Glass** <br> **901 W. Washington Ave** <br> **Midland, TX 79701** | | | trade debt | | | | 160.00 |

Sheet no. ___39 of ___67 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    $ **7,704.07**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**                    Case No. **09-70033**
                    Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0448**<br>**Midland Central Appraisal District**<br>**P.O. Box 908002**<br>**Midland, TX 79708-0002** | | | property taxes | | | | **7,717.77** |
| ACCOUNT NO.<br>**Midland Country Club**<br>**6101 North Hwy. 349**<br>**Midland, TX 79705-2007** | | | trade debt | | | | **1,894.55** |
| ACCOUNT NO.<br>**Midland Memorial Hospital**<br>**2200 West Illinois**<br>**Midland, TX 79701-6407** | | | trade debt | | | | **1,149.93** |
| ACCOUNT NO.<br>**Midland Powersports**<br>**5800 West Hwy. 80**<br>**Midland, TX 79706** | | | trade debt | | | | **492.72** |
| ACCOUNT NO.<br>**Midland Reporter Telegram**<br>**P.O. Box 8855**<br>**Midland, TX 79708** | | | trade debt | | | | **1,101.52** |
| ACCOUNT NO.<br>**Midwest Hose & Specialty**<br>**P.O. Box 96558**<br>**Oklahoma, OK 73143** | | | trade debt | | | | **128.18** |
| ACCOUNT NO.<br>**Mike's Aircraft Shop, Inc.**<br>**5402 Wedgewood**<br>**Corpus Christi, TX 78411** | | | Ranger Field Services, Inc. | | | | **1.00** |

Sheet no. **40** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **12,485.67**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC** _____ Case No. **09-70033**
  
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Miller Radiator And Muffler**<br>**111 East First Street**<br>**Roswell, NM  88203** | | | trade debt | | | | 277.67 |
| ACCOUNT NO.<br>**MIS Group**<br>**P.O. Box 678119**<br>**Dallas, TX  75267-8119** | | | trade debt | | | | 2,795.01 |
| ACCOUNT NO.<br>**MISDU**<br>**P.O. BOX 30354**<br>**Lansing, MI  48909-7854** | | | Returned check (this creditor has been added to the original creditor matrix filed on 2-9-09) | | | | 359.52 |
| ACCOUNT NO.<br>**Mitchell Auto Glass, Inc.**<br>**3811 N. Navarro**<br>**Victoria, TX  77901** | | | Ranger Field Services, Inc. | | | | 1.00 |
| ACCOUNT NO.<br>**Montoya Trucking**<br>**800 Robinson**<br>**Kermit, TX  79745** | | | trade debt | | | | 3,600.00 |
| ACCOUNT NO.<br>**Mor West Corporation**<br>**P.O. Box 35**<br>**Maljamar, NM  88264** | | | trade debt | | | | 205.97 |
| ACCOUNT NO.<br>**Morse Trucking Inc.**<br>**P.O. Box 1202**<br>**Kermit, TX  79745** | | | trade debt | | | | 905.40 |

Sheet no. ___**41**___ of ___**67**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **8,144.57**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Outlaw Enterprises, LLC _____ Case No. 09-70033
    Debtor(s)          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MPS Enterprises**<br>1224 W.Broadway Pl.<br>Hobbs, NM 88240 | | | trade debt (this creditor has been added) | | | | 8,642.75 |
| ACCOUNT NO.<br>**MRE**<br>2616 White Settlement Road<br>Fort Worth, TX 76107 | | | trade debt | | | | 1.00 |
| ACCOUNT NO.<br>**Mt. Marian Enterprises**<br>P.O. Box 577<br>Laurel, MT 59044 | | | trade debt | | | | 65.00 |
| ACCOUNT NO.<br>**Mustang Oil Field Services**<br>P.O. Box 107<br>Fairfield, TX 75840 | | | trade debt | | | | 1,795.24 |
| ACCOUNT NO.<br>**Napa Auto Parts #334**<br>522 North Main Street<br>Cleburne, TX 76033 | | | trade debt | | | | 1,433.63 |
| ACCOUNT NO.<br>**National Oilwell**<br>P.O. Box 200838<br>Dallas, TX 75320-0830 | | | trade debt | | | | 15,824.19 |
| ACCOUNT NO.<br>**Navistar Financial Corporation**<br>6801 Gaylord Parkway Suite 203<br>Frisco, TX 75034 | | | Chalk<br>2004 International 4300<br>2005 International 4300<br>2005 International 4300<br>2007 International 4300 (5)<br>2008 International 4300<br>2008 International MXT<br>these have been repoed | | | X | 1.00 |

Sheet no. __42__ of __67__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 27,762.81

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (Continuation)

IN RE Outlaw Enterprises, LLC                                    Case No. 09-70033
_____                                 _____
           Debtor(s)                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**NKS Construction Co.**<br>**P.O. Box 600**<br>**Pleasant Plains, AR 72568** | | | trade debt | | | | 113,862.57 |
| ACCOUNT NO.<br>**Nolan H Brunson**<br>**P.O. Box 2390**<br>**Hobbs, NM 88241** | | | trade debt | | | | 3,096.17 |
| ACCOUNT NO.<br>**North Creek Partners**<br>**500 W. Illinois Ste. 200**<br>**Midland, TX 79701** | | | building lease (this creditor has been added) | | | | 1.00 |
| ACCOUNT NO.<br>**Oasis Tire Company**<br>**2601 E Hwy 90**<br>**Alpine, TX 79830** | | | trade debt | | | | 652.20 |
| ACCOUNT NO.<br>**Office Of Child Support Enforcement**<br>**Arkansas Child Support**<br>**P.O. Box 8125**<br>**Little Rock, AR 72203** | | | returned checks 1-23-09 (this creditor has been added) | | | | 117.00 |
| ACCOUNT NO.<br>**Oil Patch Petroleum, Inc.**<br>**3301 US Hwy. 59N**<br>**Victoria, TX 77905** | | | Ranger Field Services, Inc. | | | X | 1.00 |
| ACCOUNT NO.<br>**Olivas Trucking**<br>**415 North Mulberry**<br>**Kermit, TX 79745** | | | Cause No. SC-101,608; Maurilio Olivas dba Olivas Trucking vs. Outlaw Enterprises, In the Justice Court of Winkler County, TX | | | X | 1.00 |

Sheet no. ___43___ of ___67___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 117,730.94

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) — Cont.

IN RE Outlaw Enterprises, LLC                                    Case No. 09-70033
_____                          _____
              Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>J.T. Morgan<br>P.O. Box 1311<br>Odessa, TX 79760 | | | Assignee or other notification for:<br>Olivas Trucking | | | | |
| ACCOUNT NO.<br>Onda Lay Pipe<br>1628 South Dal Paso<br>Hobbs, NM 88240 | | | trade debt | | | | 475.17 |
| ACCOUNT NO.<br>Orr Dodge Chrysler Jeep<br>900 Truman Baker Dr.<br>Searcy, AR 72143 | | | trade debt (this creditor has been added) | | | | 4,692.79 |
| ACCOUNT NO.<br>Outland Developers, LLC<br>P.O. Box 3400<br>Lubbock, TX 79452 | | | trade debt | | | | 7,000.00 |
| ACCOUNT NO.<br>Outlaw - Alva Foy<br>3406 S. Rankin Hwy.<br>Midland, TX 79711 | | | trade debt | | | | 128.32 |
| ACCOUNT NO.<br>Outlaw - Austruberto Tavarrez<br>7745 W. 24th<br>Odessa, TX 79764 | | | trade debt (this creditor has been added) | | | | 40.80 |
| ACCOUNT NO.<br>Outlaw - Bobby Cruz<br>2402 Utah St,<br>Carlsbad, NM 88225 | | | trade debt (this creditor has been added) | | | | 12.71 |

Sheet no. __44__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 12,349.79

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**

Debtor(s)

Case No. **09-70033**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Outlaw - Bradley Ross** 1709 E. 52ND Odessa, TX 79762 | | | trade debt (this creditor has been added) | | | | 47.55 |
| ACCOUNT NO. **Outlaw - Jose Valdez** 2824 N. Uranus Odessa, TX 79763 | | | | | | | 101.86 |
| ACCOUNT NO. **Pam's Trucking** 4539 Hwy. 157 Judsonia, AR 72081 | | | trade debt | | | | 7,470.00 |
| ACCOUNT NO. **Patricia Wilson** 4201 Baybrook Place Midland, TX 79707 | | | trade debt | | | | 25,000.00 |
| ACCOUNT NO. **Permian Basin Office Products** 208 South A Street Midland, TX 79701 | | | trade debt | | | | 741.51 |
| ACCOUNT NO. **Permian Basin Physicians Group** 3400 Andrews Hwy. Midland, TX 79703 | | | trade debt | | | | 559.00 |
| ACCOUNT NO. **Permian Pump & Supply** P.O. Box 12468 Odessa, TX 79768 | | | trade debt | | | | 8,883.16 |

Sheet no. **45** of **67** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | $ **42,803.08**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC
_____
                    Debtor(s)

Case No. 09-70033
_____
        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Permian Trucking & Hot Shot LLC<br>P.O. Box 11<br>Gardendale, TX  79758 | | | trade debt | | | | 448.50 |
| ACCOUNT NO.<br>Pershing Dewitt FWS<br>P.O. Box 1565<br>Fort Stockton, TX  79735 | | | trade debt | | | | 160.76 |
| ACCOUNT NO.<br>Petro Shale Inc.<br>811 Main Street<br>Searcy, AR  72145 | | | trade debt | | | | 1,507.29 |
| ACCOUNT NO.<br>Petroplex Office Supply<br>1601 N. Lee<br>Odessa, TX  79761 | | | trade debt | | | | 903.05 |
| ACCOUNT NO.<br>Pipeline Intelligence Company<br>P.O. Box 2726<br>Sugar Land, TX  77487-2726 | | | trade debt | | | | 300.00 |
| ACCOUNT NO.<br>Plains Welding Supply Inc.<br>522 South Main<br>Carlsbad, NM  88220 | | | trade debt | | | | 62.49 |
| ACCOUNT NO.<br>Plateau<br>P.O. Box 9000<br>Clovis, NM  88102 | | | internet services (this creditor has been added)<br>returned check | | | | 112.17 |

Sheet no. __46__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |$  3,494.26

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  |$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) — Cont.

IN RE Outlaw Enterprises, LLC        Case No. 09-70033
_____
       Debtor(s)                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Production Specialty Services, Inc.**<br>**P.O. Box 3176**<br>**Midland, TX 79702** | | | trade debt | | | | 264.18 |
| ACCOUNT NO.<br>**Quality Office, Inc.**<br>**304 South Main Street**<br>**Searcy, AR 72143** | | | | | | | 168.48 |
| ACCOUNT NO.<br>**Quality Truck Tires**<br>**12700 W. I-20 E**<br>**Odessa, TX 79765** | | | | | | | 5,112.79 |
| ACCOUNT NO.<br>**Radiology Associates, P.A.**<br>**500 South University Ste. 604**<br>**Little Rock, AR 72205** | | | | | | | 175.00 |
| ACCOUNT NO.<br>**Randy Lee**<br>**3300 N. A St., Bldg. 2, Ste. 104**<br>**Midland, TX 79705** | | | trade debt (this creditor has been added) | | | | 12,784.20 |
| ACCOUNT NO.<br>**RDO Equipment Company**<br>**P.O. Box 200047**<br>**Dallas, TX 75230-0047** | | | **Lawsuit; Cause No. 342-230726-08; RDO Equipment vs. Chalk Services, Benny Roe, Outlaw Enterprises** | | | X | 1.00 |
| ACCOUNT NO.<br>**Dewey M. Dalton**<br>**Jones, Allen & Fuquay**<br>**8828 Greenville Ave.**<br>**Dallas, TX 75243-7143** | | | **Assignee or other notification for:**<br>**RDO Equipment Company** | | | | |

Sheet no. ____47___ of ____67___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **18,505.65**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Outlaw Enterprises, LLC _____ Case No. __09-70033__
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Reagan Memorial Hospital** <br> **805 N Main Ave** <br> **Big Lake, TX 76932-3938** | | | | | | | 466.00 |
| ACCOUNT NO. <br> **RECS, Inc.** <br> **P.O. Box 520** <br> **Prosper, TX 75078** | | | | | | | 37,466.96 |
| ACCOUNT NO. <br> **Red River Seed Company** <br> **P.O. Box 17** <br> **West Point, AR 72178** | | | | | | | 133.84 |
| ACCOUNT NO. <br> **Reliant Energy** <br> **P.O. Box 650475** <br> **Dallas, TX 75265-0475** | | | **returned check (this creditor has been added)** | | | | 940.87 |
| ACCOUNT NO. <br> **Resources Protection Inc.** <br> **P.O. Box 1832** <br> **Hobbs, NM 88241** | | | | | | | 728.14 |
| ACCOUNT NO. <br> **Reynolds Brothers Propane Inc. H.S.** <br> **P.O. Box 863** <br> **Greenbrier, AR 72058** | | | | | | | 41.93 |
| ACCOUNT NO. <br> **Richard And Candace Larkin** <br> **404 E. Idaho St. Apt. M** <br> **Beebe, AR 72012-3349** | | | **returned check (this creditor has been added to matrix filed on 2-9-09)** | | | | 700.55 |

Sheet no. __48__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 40,478.29

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

Copyright (c) 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) — Cont.

IN RE **Outlaw Enterprises, LLC**                                    Case No. **09-70033**
           Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Richey Oilfield Construction, Inc.** <br> P.O. Box 1337 <br> Bridgeport, TX 76426 | | | | | | | 1,528.65 |
| ACCOUNT NO. <br> **Rimrock Production, Inc.** <br> 3598 FM 448 <br> Giddings, TX 78942 | | | | | | | 1,187.50 |
| ACCOUNT NO. <br> **RK Pump & Supply Inc.** <br> P.O. Box 475 <br> Wickett, TX 79788 | | | | | | | 180.21 |
| ACCOUNT NO. <br> **RK Trucking** <br> 968 State HWY 95N <br> Yoakum, TX 77995 | | | Ranger Field Services, Inc. | | | X | 1.00 |
| ACCOUNT NO. <br> **Roadhouse Automotive** <br> #6 Floral Road <br> Pleasant Plains, AR 72568 | | | | | | | 4,791.75 |
| ACCOUNT NO. <br> **Robert K. Whitt** <br> 3300 N.A., Bldg. 2, Suite 101 <br> Midland, TX 79705 | | | Ranger Field Services, Inc. | | | | 1.00 |
| ACCOUNT NO. <br> **Robert K. Whitt - attorney at law** <br> 3300 N.A., Bldg. 2, Suite 101 <br> Midland, TX 79705 | | | Ranger Field Services, Inc. | | | X | 1.00 |

Sheet no. __49__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **7,691.11**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**                                    Case No. **09-70033**
_____                              _____
                    Debtor(s)                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Robert McHam, LTD**<br>**P.O. Box 1345**<br>**Levelland, TX  79366** | | | trade debt | | | X | 162,325.08 |
| ACCOUNT NO.<br>**Rogers Ford**<br>**4200 W. Wall St.**<br>**Midland, TX  79703** | | | | | | | 196.00 |
| ACCOUNT NO. **CV08863**<br>**Rogers Group, Inc.**<br>**C/O J.R. Buzbee**<br>**300 Spring  Bldg #1004**<br>**Little Rock, AR  72201** | X | | **Lawsuit filed on 9-15-08 in the Circuit Court of Faulkner County, AR for purchase of gravel in 11/2007 (this creditor has been added to the matrix originally filed on 2-9-09)** | | | | 13,258.40 |
| ACCOUNT NO.<br>**Rondah Courtney**<br>**3117 Standpipe Rd**<br>**Carlsbad, NM  88220** | | | returned check dated 1-30-09 (this creditor has been added) | | | | 350.00 |
| ACCOUNT NO.<br>**Roper, Inc.**<br>**P.O. Box 1683**<br>**Odessa, TX  79760-1683** | | | | | | | 5,707.35 |
| ACCOUNT NO.<br>**Roy Enriquez**<br>**P.O. Box 1132**<br>**Midland, TX  79702** | | | | | | | 231.82 |
| ACCOUNT NO.<br>**Runnels Glass Co.**<br>**410 W. Henderson**<br>**Cleburne, TX  76033** | | | | | | | 800.47 |

Sheet no. **50** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **182,869.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC _____     Case No. 09-70033
                                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Running M Fresh Water Sales** <br> P.O. Box 826 <br> Big Lake, TX  76932 | | | trade debt (this creditor has been added) | | | | 1,942.50 |
| ACCOUNT NO. <br> **Rushing And Mason, Inc.** <br> P.O. Box 192517 <br> Little Rock, AR  72143 | | | trade debt (this creditor has been added) | | | | 3,809.79 |
| ACCOUNT NO. <br> **S & W Enterprises, Inc.** <br> P.O. Box 120 <br> Pyote, TX  79777 | | | | | | | 325.00 |
| ACCOUNT NO. <br> **Safety Meeting Outlines, Inc.** <br> P.O. Box 700 <br> Frankfort, IL  60423 | | | | | | | 87.00 |
| ACCOUNT NO. <br> **Salty Dog** <br> P.O. Box 2724 <br> Lubbock, TX  79408 | | | | | | | 3,734.00 |
| ACCOUNT NO. <br> **Sav-On Office Supplies** <br> P.O. Box 671355 <br> Dallas, TX  75267 | | | | | | | 189.02 |
| ACCOUNT NO. <br> **Schwertner Water** <br> 396 Sch BT <br> Big Lake, TX  76932 | | | need phone number | | | | 15.00 |

Sheet no. __51__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 10,102.31

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1991-2009 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE **Outlaw Enterprises, LLC**                                          Case No. **09-70033**
_____                                          _____
                    Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Seale Tire Sales & Service**<br>**200 W. Hwy 302**<br>**Kermit, TX 79745** | | | | | | | 105.00 |
| ACCOUNT NO.<br>**Searcy Water & Sewer System**<br>**P.O. Box 1319**<br>**Searcy, AR 72145** | | | returned check (this creditor has been added) | | | | 750.58 |
| ACCOUNT NO.<br>**Service Supply Of Victoria**<br>**101 W. Mockingbird Lane**<br>**Victoria, TX 77904** | | | Ranger Field Services, Inc. | | | X | 1.00 |
| ACCOUNT NO.<br>**Shallowater Equipment & Salvage LLC**<br>**1616 FM 1585**<br>**Lubbock, TX 79432** | | | | | | | 465.00 |
| ACCOUNT NO.<br>**Share Corp.**<br>**P.O. Box245013**<br>**Milwaukee, WI 53224** | | | | | | | 473.50 |
| ACCOUNT NO.<br>**Sherwin Williams Artesia**<br>**412 Quary Ave**<br>**Artesia, NM 88210** | | | Trade Debt | | | | 2,418.37 |
| ACCOUNT NO.<br>**Sherwin Williams Carlsbad**<br>**1301 W Pierce Street**<br>**Carlsbad, NM 88220-4018** | | | Trade debt | | | | 645.63 |

Sheet no. __**52**__ of __**67**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 4,859.08

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Outlaw Enterprises, LLC      Case No. **09-70033**

Debtor(s)     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8711<br>Sherwin Williams Co<br>11840 North 28th Dr #101<br>Phoenix, AZ 85029 | | | this creditor has been added to original matrix filed on 2-9-09 | | | | 2,287.38 |
| ACCOUNT NO.<br>CST Co.<br>P.O. Box 224768<br>Dallas, TX 75222-4768 | | | Assignee or other notification for:<br>Sherwin Williams Co | | | | |
| ACCOUNT NO.<br>Sherwin Williams Co<br>C/O Randall F. Adair<br>325 N. St. Paul St., Ste. 4100<br>Dallas, TX 75201 | | | Chalk (this creditor has been added) | | | X | 1.00 |
| ACCOUNT NO.<br>SML Water Disposal<br>110 N. Marienfeld Suite 200<br>Midland, TX 79701 | | | need phone number | | | | 932.50 |
| ACCOUNT NO.<br>Southwest Body & Towing<br>1523 South First<br>Artesia, NM 88210 | | | | | | | 822.67 |
| ACCOUNT NO.<br>Southwest Disposal Service Inc.<br>3300 N A Street Building 1<br>Midland, TX 79706 | | | | | | | 1,020.00 |
| ACCOUNT NO.<br>Southwest Service Co.<br>HWY. 90 E./Box 1380<br>Brackettville, TX 78832 | | | Ranger Field Services, Inc. (this creditor has been added) | | | | 1.00 |

Sheet no. **53** of **67** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **5,064.55**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Outlaw Enterprises, LLC**      Case No. **09-70033**
Debtor(s)      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Southwest White Chounty Water Assoc** <br> **P.O. Box 1228** <br> **Searcy, AR 72145-1228** | | | returned check (this creditor has been added) | | | | 104.08 |
| ACCOUNT NO. <br> **Southwester Trailer Equip** <br> **2602 West Marland** <br> **Hobbs, NM 88240** | | | | | | | 2,868.20 |
| ACCOUNT NO. <br> **Sparks Office Solutions** <br> **301 Canal** <br> **Carlsbad, NM 88220** | | | | | | | 4,074.24 |
| ACCOUNT NO. <br> **Staples** <br> **P.O. Bpx 689020** <br> **Des Moines, IA 50368-9020** | | | need phone number | | | | 1,109.24 |
| ACCOUNT NO. <br> **State Of Arkansas** <br> **Dept. Of Finance And Admin.** <br> **P.O. Box 8128** <br> **Little Rock, AR 72203-8128** | | | child support for employees which payment was returned due to insufficient funds (this creditor has been added to the matrix filed on 2-9-09) | | | | 303.55 |
| ACCOUNT NO. <br> **Stiles "T" Water Station** <br> **P.O. Box 1009** <br> **Big Lake, TX 76932** | | | | | | | 220.50 |
| ACCOUNT NO. <br> **Sue Hinson** <br> **3425 Ferguson Rd** <br> **Carlsbad, NM 88220** | | | trade debt | | | | 252.89 |

Sheet no. **54** of **67** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **8,932.70**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE Outlaw Enterprises, LLC                                                      Case No. 09-70033
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sunbelt Rentals**<br>**4701 N. Navarro**<br>**Victoria, TX 77904** | | | Ranger Field Services, Inc. | | | X | 1.00 |
| ACCOUNT NO.<br>**Suncoast Resources, Inc.**<br>**P.O. Box 972321**<br>**Dallas, TX 75397-0321** | | | trade debt | | | | 49,454.80 |
| ACCOUNT NO.<br>**Sundance Services Inc.**<br>**P.O. Box 1737**<br>**Eunice, NM 88231** | | | trade debt | | | | 1,458.95 |
| ACCOUNT NO.<br>**Sunshare RV Rentals**<br>**5208 Saint Croix Ln.**<br>**Fort Worth, TX 76101** | | | trade debt (this creditor has been added) | | | | 815.76 |
| ACCOUNT NO.<br>**Superior Springs, Clutch & Gear**<br>**P.O. Box 5390**<br>**North Little Rock, AR 72119** | | | trade debt (this creditor has been added) | | | | 2,695.76 |
| ACCOUNT NO.<br>**Superior Water Systems**<br>**P.O. Box 5251**<br>**Carlsbad, NM 88220** | | | | | | | 1,265.72 |
| ACCOUNT NO.<br>**Sutton Pump & Supply**<br>**221 North Pine**<br>**Kermit, TX 79745** | | | trade debt | | | | 76.74 |

Sheet no. ____55__ of ____67___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 55,768.73

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Outlaw Enterprises, LLC**                                        Case No. **09-70033**
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **T & T Equipment Co.** <br> **5000 East Broadway No.** <br> **Little Rock, AR 72117** | | | trade debt | | | | 804.56 |
| ACCOUNT NO. <br> **T-Bar Drilling** <br> **P.O. Box 420877** <br> **Del Rio, TX 78842** | | | Ranger Field Services, Inc. | | | X | 1.00 |
| ACCOUNT NO. <br> **Talon/LPE** <br> **P.O. Box 843** <br> **Amarillo, TX 79105-0843** | | | trade debt | | | | 1,644.10 |
| ACCOUNT NO. <br> **Team Industrial Services Inc.** <br> **2612 Remington Road** <br> **Odessa, TX 79763** | | | trade debt | | | | 2,315.74 |
| ACCOUNT NO. <br> **Tech Con** <br> **P.O. Box 302** <br> **Johnson City, TX 78636** | | | trade debt | | | | 35,371.50 |
| ACCOUNT NO. <br> **Teias Jack Sales Inc.** <br> **P.O. Box 582** <br> **Big Lake, TX 76932** | | | trade debt | | | | 718.82 |
| ACCOUNT NO. <br> **TelSystem 47** <br> **112 Loraine South** <br> **Midland, TX 79701** | | | trade debt | | | | 771.12 |

Sheet no. ___56___ of ___67___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **41,626.84**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only.

IN RE **Outlaw Enterprises, LLC** _____   Case No. **09-70033** _____

_____ Debtor(s) _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9046** <br><br>**Tennessee Commerce Bank**<br>**381 Mallory Station Rd., Ste. 207**<br>**Franklin, TN  37067** | | | **2002 Mack #1413**<br>**2002 Mack #1412**<br>**2007 Troxell Vacuum Tr #7888**<br>**(All these units have been repoed by creditor) (this creditor has been added)** | | | | 0.00 |
| ACCOUNT NO. <br><br>**Terry's Tires & Wheels**<br>**1554 E. Henderson Street**<br>**Cleburne, TX  76031** | | | trade debt | | | | 5,619.56 |
| ACCOUNT NO. <br><br>**Tessco**<br>**P.O. Box 1999**<br>**Midland, TX  79702** | | | trade debt | | | | 390.79 |
| ACCOUNT NO. <br><br>**Tex Trail Trailer Parts**<br>**12505 W I-20 East**<br>**Odessa, TX  79765** | | | trade debt | | | | 279.80 |
| ACCOUNT NO. <br><br>**Texas Auto Sales**<br>**P.O. Box 911**<br>**Big Lake, TX  76932** | | | trade debt | | | | 1,125.80 |
| ACCOUNT NO. <br><br>**Texas Child Support Division**<br>**P.O. Box 78265**<br>**San Antonio, TX  78265** | | | returned check dated 1-23-09 (this creditor has been added) | | | | 1,232.46 |
| ACCOUNT NO. <br><br>**Texas Drillit, LLC**<br>**P.O. Box 120207**<br>**Dallas, TX  75312-0207** | | | trade debt | | | | 36,300.00 |

Sheet no. ___**57**___ of ___**67**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ **44,948.41**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Outlaw Enterprises, LLC
_____
                  Debtor(s)

Case No. 09-70033
_____
                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Texas Energy Services**<br>**P.O. Box 2108**<br>**Alice, TX 78333** | | | **Ranger Field Services, Inc.** | | | X | <br><br><br>1.00 |
| ACCOUNT NO.<br><br>**Texas Health Center**<br>**4804 North Navarro**<br>**Victoria, TX 77904** | | | **Ranger Field Services, Inc.** | | | X | <br><br><br>1.00 |
| ACCOUNT NO.<br><br>**Texas State Disbursement Unit**<br>**Finance Department**<br>**P.O. Box 245993**<br>**San Antonio, TX 78224-9791** | | | **child support payments for employees which did not clear the bank accounts. (this creditor has been added to the matrix filed on 2-9-09)** | | | | <br><br><br>6,422.69 |
| ACCOUNT NO.<br><br>**Attorney General Of The United States**<br>**Main Justice Bldg., Room 5111**<br>**10th And Constitution Ave., N.W.**<br>**Washington, DC 20530** | | | **Assignee or other notification for:**<br>**Texas State Disbursement Unit** | | | | |
| ACCOUNT NO.<br><br>**The Hose Connection, Inc.**<br>**P.O. Box 13622**<br>**Odessa, TX 79768** | | | **returned check (this creditor has been added)** | | | | <br><br><br>136.62 |
| ACCOUNT NO.<br><br>**The Vernon Company**<br>**C/O Selby Law Office**<br>**112 North Second Ave. East**<br>**Newton, IA 50208** | | | **This creditor has been added to the original matrix filed on 2-9-09** | | | X | <br><br><br>1.00 |
| ACCOUNT NO.<br><br>**Selby Law Office**<br>**Attorney At Law**<br>**112 North Second Ave. East**<br>**Newton, IA 50208** | | | **Assignee or other notification for:**<br>**The Vernon Company** | | | | |

Sheet no. **58** of **67** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　$ **6,562.31**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)　$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**          Case No. **09-70033**
_____
Debtor(s)                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **The Water Works 313 Canal Street Carlsbad, NM 88220** | | | trade debt | | | | 64.99 |
| ACCOUNT NO. **Thomas G. Gartrell 601 George Ave. #93 Midland, TX 79705** | | | trade debt | | | | 319.44 |
| ACCOUNT NO. **Tina Wood 506 Dallas Dr. Carlsbad, NM 88220** | | | returned check (this creditor has been added) | | | | 607.50 |
| ACCOUNT NO. **Tire Team 3507 North Main Cleburne, TX 76033** | | | | | | | 3,102.40 |
| ACCOUNT NO. **Tires Wheels & Service 1117 South Canal Street Carlsbad, NM 88220** | | | trade debt | | | | 1,571.93 |
| ACCOUNT NO. **TMP Truck And Trailer P.O. Box 10366 Midland, TX 79702** | | | trade debt | | | | 188.24 |
| ACCOUNT NO. **Tolleson Automotive Service #334 522 North Main Street Cleburne, TX 76033** | | | trade debt | | | | unknown |

Sheet no. **59** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **5,854.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC** _____    Case No. **09-70033** _____
                        Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Tommy White Supply** <br> **P.O. Box 1709** <br> **Midland, TX  79702** | | | trade debt | | | | 34,812.78 |
| ACCOUNT NO. <br> **Travelers** <br> **CL Remittance Center** <br> **Hartford, CT  06183-1008** | | | returned check (this creditor has been added to the matrix filed on 2-9-09) | | | | 2,853.23 |
| ACCOUNT NO. <br> **Travis Davis** <br> **6110 Lobo Court** <br> **Hobbs, NM  88242** | | | trade debt | | | | 306.55 |
| ACCOUNT NO. <br> **Tri State Truck Cneter** <br> **4614 Thibault Road** <br> **Little Rock, AR  72206** | | | trade debt | | | | 4,171.30 |
| ACCOUNT NO. <br> **Trimble Mobile Solutions Inc.** <br> **#33871  P.O. Box 39000** <br> **Sam Francisco, CA  94139** | | | | | | | 9,698.85 |
| ACCOUNT NO. <br> **Triple T's Rhino Lining LLC** <br> **P.O. Box 477** <br> **Carlsbad, NM  88221-0477** | | | trade debt | | | | 384.52 |
| ACCOUNT NO. 3000 <br> **U.S. Bank Manifest Funding Services** <br> **1005 Convention Plaza** <br> **St. Louis, MO  63101** | | | (this creditor has been added to the matrix filed on 2-9-09) | | | | 1,996.06 |

Sheet no. _____**60** of _____**67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$  **54,223.29**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Outlaw Enterprises, LLC</u>                              Case No. <u>09-70033</u>
Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**U.S. Chaparral Water Systems, Inc.**<br>**P.O. Box 80249**<br>**Midland, TX 79708-0249** | | | trade debt | | | | 1,542.00 |
| ACCOUNT NO.<br><br>**United Fuel & Energy**<br>**P.O. Box 972176**<br>**Dallas, TX 75397-2176** | | | Lawsuit; Cause No. 46,674; United Fuel & Energy vs. Outlaw Enterprises, LLC | | | | 451,570.62 |
| ACCOUNT NO.<br><br>**Darrell W. Corzine**<br>**P.O. Box 1311**<br>**Odessa, TX 79760** | | | Assignee or other notification for: **United Fuel & Energy** | | | | |
| ACCOUNT NO.<br><br>**Robert Whitt**<br>**3300 North "A", Bldg 2-11**<br>**Midland, TX 79705** | | | Assignee or other notification for: **United Fuel & Energy** | | | | |
| ACCOUNT NO.<br><br>**Varilease**<br>**P.O. Box 314**<br>**Highland Park, IL 60035** | | | | | | | 8,277.63 |
| ACCOUNT NO.<br><br>**Vasquez Trucking**<br>**108 Jefferson**<br>**Kermit, TX 79745** | | | trade debt | | | | 6,600.00 |
| ACCOUNT NO.<br><br>**Veriforce**<br>**1776 Woodstead Court, Suite 119**<br>**The Woodlands, TX 77380** | | | trade debt | | | | 1,017.50 |

Sheet no. <u>61</u> of <u>67</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **469,007.75**

Total

(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC                                   Case No. 09-70033
_____                            _____
                    Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0925<br>Verizon<br>C/O NCO Financial Systems, Inc.<br>P.O. Box 15740<br>Wilmington, DE 19850-5740 | | | Chalk Services, Inc. (this creditor has been added to the matrix filed on 2-9-09) | | | X | 1.00 |
| ACCOUNT NO.<br>Vermeer Equipment Of Texas Inc.<br>P.O. Box 224991<br>Dallas, TX 75222 | | | trade debt | | | X | 21,851.46 |
| ACCOUNT NO.<br>Vernon's Trucking Co Inc.<br>2113 CR 325<br>Yoakum, TX 77995 | | | Ranger Field Services, Inc. | | | X | 1.00 |
| ACCOUNT NO.<br>Victoria Regional Airport<br>609 Foster Field Drive, Suite F<br>Victoria, TX 77903 | | | Ranger Field Services, Inc. (this creditor has been added) | | | X | 1.00 |
| ACCOUNT NO.<br>VistaVU Solutions LLC<br>600 17th Street , Suite 2800 South<br>Denver, CO 80209 | | | trade debt | | | | 75.00 |
| ACCOUNT NO.<br>VUE<br>P.O. Box 2011<br>Searcy, AR 72145 | | | trade debt | | | | 69.00 |
| ACCOUNT NO.<br>W.G. Nielsen & Company<br>3200 Cherry Creek Drive South Suite 470<br>Denver, CO 80209 | | | trade debt | | | X | 15,000.00 |

Sheet no. ___62___ of ___67___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   36,998.46

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

©1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**        Case No. **09-70033**
_____
Debtor(s)                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Walgreens**<br>**P.O. Box 90484**<br>**Chicago, IL 60696-0484** | | | | | | | 307.50 |
| ACCOUNT NO.<br>**Walsh Welding**<br>**P.O. Box 1343**<br>**Sonora, TX 76950** | | | **Ranger Field Services, Inc.** | | | X | 1.00 |
| ACCOUNT NO.<br>**Warrior Of Arkansas Inc.**<br>**P.O. Box 790**<br>**Mabelvale, AR 72103** | | | | | | | 910.28 |
| ACCOUNT NO.<br>**Warrior Supply, Inc.**<br>**P.O. Box 4989**<br>**Victoria, TX 77903** | | | **Ranger Field Services, Inc.** | | | X | 1.00 |
| ACCOUNT NO.<br>**Waste Corporation Of Arkansas**<br>**2012 East Line Rd**<br>**Searcy, AR 72143** | | | **returned check dated 1-21-09 (this creditor has been added)** | | | | 112.52 |
| ACCOUNT NO.<br>**Waste Management**<br>**P.O. Box 2475**<br>**Tupelo, MS 38803** | | | **returned check #6096 & 6097 (this creditor has been added to the original creditor matrix filed on 2-9-09)**<br>**returned check** | | | | 1,019.40 |
| ACCOUNT NO.<br>**Waste Management Little Rock**<br>**P.O. Box 9001054**<br>**Louisville, KY 40290-1054** | | | **returned check (this creditor has been added)** | | | | 164.45 |

Sheet no. **63** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **2,516.15**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Outlaw Enterprises, LLC</u>                                    Case No. <u>09-70033</u>
             Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Watson Ag Services**<br>P. O. Box 936<br>Cuero, TX 77954 | | | Ranger Field Services, Inc. | | | X | 1.00 |
| ACCOUNT NO.<br>**Watson Truck & Supply**<br>P.O. Box 10<br>Hobbs, NM 88241 | | | trade debt | | | | 80.02 |
| ACCOUNT NO.<br>**WCA Waste Corp**<br>2012 East Line Road<br>Searcy, AR 72143 | | | trade debt | | | | 1.69 |
| ACCOUNT NO.<br>**Wells Fargo Equipment Finance**<br>P.O. Box 1450<br>Minneapolis, MN 55465-0718 | | | Chalk services<br>returned check | | | X | 1.00 |
| ACCOUNT NO.<br>**West Texas Boring Company, Inc.**<br>P.O. Box 69396<br>Odessa, TX 79769-0396 | | | Chalk Services | | | X | 1.00 |
| ACCOUNT NO.<br>**Westair-Praxair Dist. Inc.**<br>P.O. Box120889, Dept. 0889<br>Dallas, TX 75312-0889 | | | trade debt | | | | 4,249.53 |
| ACCOUNT NO.<br>**Western Pest Control**<br>P.O. Box 69052<br>Odessa, TX 79769 | | | trade debt | | | | 167.79 |

Sheet no. **64** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **4,502.03**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC     Case No. **09-70033**
      Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**White Riddle & Company LP**<br>**5147 69th Street**<br>**Lubbock, TX 79424** | | | trade debt | | | | 12,989.88 |
| ACCOUNT NO.<br>**Williams Equipment**<br>**1558 White Dr.**<br>**Batesville, AR 72503** | | | trade debt (this creditor has been added) | | | | 1,000.00 |
| ACCOUNT NO.<br>**Williams Scotsman**<br>**P.O. Box 91975**<br>**Chicago, IL 60693-1975** | | | trade debt | | | | 4,459.10 |
| ACCOUNT NO.<br>**Wilson Supply Inc.**<br>**P.O. Box 200822**<br>**Dallas, TX 75320-0822** | | | trade debt | | | | 4,877.79 |
| ACCOUNT NO.<br>**Wilson Systems, Inc.**<br>**3100 North A, Bldg. A**<br>**Midland, TX 79705** | | | trade debt | | | | 2,340.58 |
| ACCOUNT NO.<br>**Windstream**<br>**P.O. Box 9001908**<br>**Louisville, KY 40290-1908** | | | trade debt<br>returned check | | | | 198.80 |
| ACCOUNT NO.<br>**Winkler County Memorial Hospital**<br>**Drawer H, 821 Jeffee Drive**<br>**Kermit, TX 79745** | | | trade debt (this creditor has been added) | | | | 1,316.45 |

Sheet no. **65** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **27,182.60**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC** _____     Case No. **09-70033** _____
                        Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Witt International**<br>**4406 W. Wall Street**<br>**Midland, TX  79704** | | | trade debt | | | | 1,162.03 |
| ACCOUNT NO.<br><br>**Wright Remarketing**<br>**P.O. Box 2606**<br>**Fredricksburg, TX  78624** | | | Chalk<br>trade debt | | | X | 1.00 |
| ACCOUNT NO.<br><br>**Wright Welding**<br>**31A Ball Hill Road**<br>**Greenbrier, AR  72058** | | | | | | | 4,500.00 |
| ACCOUNT NO.<br><br>**WTG Fuels, Inc.**<br>**P.O. Box 201633**<br>**Dallas, TX  75320-1633** | | | trade debt<br>(returned check dated 1-21-09) | | | | 65,474.14 |
| ACCOUNT NO.<br><br>**G. William Fowler, P.C.**<br>**3800 East 42nd St., Ste. 600**<br>**Odessa, TX  79762** | | | Assignee or other notification for:<br>**WTG Fuels, Inc.** | | | | |
| ACCOUNT NO.<br><br>**WTG GasCard**<br>**P.O. Box 201633**<br>**Dallas, TX  75320** | | | Ranger Field Services, Inc. | | | | 1.00 |
| ACCOUNT NO.<br><br>**WTU Retail Energy**<br>**P.O. Box 21586**<br>**Tulsa, OK  74121-1586** | | | returned check (this creditor has been added) | | | | 21.42 |

Sheet no. **66** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **71,159.59**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Outlaw Enterprises, LLC
_____
                    Debtor(s)                                    Case No. 09-70033
                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Xcel Energy<br>P.O. Box 9477<br>Minneapolis, MN  55484-9477 | | | returned check dated 1-21-09 (this creditor has been added) | | | | 396.52 |
| ACCOUNT NO.<br><br>Yellowhouse Machinery Company<br>P.O. Box 31388<br>Amarillo, TX  79120 | | | trade debt | | | X | 70,561.13 |
| ACCOUNT NO.<br><br>Young Construction & Paving, LLC<br>P.O. Box 407<br>Morrison, IL  61270-0407 | | | trade debt<br>(the address to this creditor has been corrected) | | | | 5,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __67__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 75,957.65

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 2,840,090.44

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Outlaw Enterprises, LLC**        Case No. **09-70033**

Debtor(s)                                                (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **3 -17-09**      Signature: _____

                                                                      Debtor

Date: _____      Signature: _____

                                                                (Joint Debtor, if any)

                                                   [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____

Address

_____        _____

Signature of Bankruptcy Petition Preparer                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership) of the **Outlaw Enterprises, LLC** _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **112** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 17, 2009** _____      Signature: _____

                                              **James Mann**

                                                         (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Adobe Systems? • Forms catalog.com only    © 1993-2009 EZ-Filing, Inc. [1-800-998-2424] • Forms catalog.com only